UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GANESAN ALAGAPPAN, Individually and
on Behalf of All Others Similarly Situated,

               Plaintiff,

    vs.

BAIDU, INC., ROBIN YANHONG LI,
HERMAN CHENG-CHUN YU and
JENNIFER XINZHE LI,

               Defendants.

x : : : : : : : : : : : : : : : : : x

Civil Action No. 1:20-cv-03794-WFK-RLM

CLASS ACTION

---

HARINATH NAMPALLY, Individually and
on Behalf of All Others Similarly Situated,

               Plaintiff,

    vs.

BAIDU, INC., ROBIN YANHONG LI,
HERMAN CHENG-CHUN YU and
JENNIFER XINZHE LI,

               Defendants.

Civil Action No. 1:20-cv-04430-WFK-RLM

CLASS ACTION

---

**RENEWED NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL**

4866-9069-3386.v1

Pursuant to the Court's December 16, 2021 Order (ECF No. 35), Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 (collectively, the "Central Pennsylvania Teamsters Pension Funds") respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order (1) consolidating the above-captioned related securities class actions; (2) appointing Central Pennsylvania Teamsters Pension Funds as Lead Plaintiff; and (3) approving Central Pennsylvania Teamsters Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Renewed Motion, Central Pennsylvania Teamsters Pension Funds incorporate by reference the entirety of their previous lead plaintiff submissions.  *See* ECF Nos. 18, 19, 21, 31, 32, 34.

DATED:  January 21, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT M. ROTHMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
NOAM MANDEL
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 21, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4866-9069-3386.v1

Case 1:20-cv-03794-DG-TAM    Document 36    Filed 01/21/22    Page 5 of 5 PageID #: 622

# Mailing Information for a Case 1:20-cv-03794-WFK-RLM Alagappan v. Baidu, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Michael Charles Griffin**
  michael.griffin@skadden.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com,asanchez@bernlieb.com,birkeland@bernlieb.com,ecf@bernlieb.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Gregory B. Linkh**
  glinkh@glancylaw.com,greglinkh@gmail.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)