UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GANESAN ALAGAPPAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-03794-RRM-RLM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| HARINATH NAMPALLY, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-04430-RPK-RLM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, | : | |
| | : | |
| | : | |
| Defendants. | : | |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4836-7822-4078.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 (collectively, the "Central Pennsylvania Teamsters Pension Funds") will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Roslynn R. Mauskopf, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11202, for entry of an order (1) consolidating the above-captioned related securities class actions; (2) appointing Central Pennsylvania Teamsters Pension Funds as Lead Plaintiff; and (3) approving Central Pennsylvania Teamsters Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Central Pennsylvania Teamsters Pension Funds submit the accompanying Memorandum of Law, the Declaration of Robert M. Rothman, and a [Proposed] Order.

DATED:  October 19, 2020        ROBBINS GELLER RUDMAN
                      & DOWD LLP
                   ROBERT M. ROTHMAN

                        s/ Robert M. Rothman
                        ROBERT M. ROTHMAN

---

[1]    Counsel for Central Pennsylvania Teamsters Pension Fund is aware of this Court's preference for motion-related papers not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on August 19, 2020, and 60 days after is October 18, 2020.  October 18, 2020 is a Sunday and pursuant to Fed. R. Civ. P. 6(a)(1)(C), the "next day that is not a Saturday, Sunday, or legal holiday," is October 19, 2020.

- 1 -

4836-7822-4078.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (Fax)
rrothman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
NOAM MANDEL
420 Lexington Avenue
New York, NY  10170
Telephone:  212/693-1058
chadj@rgrdlaw.com
noam@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JENNIFER N. CARINGAL
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4836-7822-4078.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 19, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Robert M. Rothman
ROBERT M. ROTHMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  rrothman@rgrdlaw.com

4836-7822-4078.v1

# Mailing Information for a Case 1:20-cv-03794-RRM-RLM Alagappan v. Baidu, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Michael Charles Griffin**
  michael.griffin@skadden.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Scott D. Musoff**
  smusoff@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)