UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GANESAN ALAGAPPAN, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

BAIDU, INC., ROBIN YANHONG LI,
HERMAN CHENG-CHUN YU, and
JENNIFER XINZHE LI,

                Defendants.

Civil Action No. 1:20-cv-03794-RRM-RLM

CLASS ACTION

---

HARINATH NAMPALLY, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

BAIDU, INC., ROBIN YANHONG LI,
HERMAN CHENG-CHUN YU, and
JENNIFER XINZHE LI,

                Defendants.

Civil Action No. 1:20-cv-04430-RPK-RLM

CLASS ACTION

---

**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4852-8556-0014.v1

Having considered the motion of Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 (collectively, the "Central Pennsylvania Teamsters Pension Funds") for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.       The Motion is GRANTED.

2.       Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Alagappan v. Baidu, Inc.*, No. 1:20-cv-03794-RRM-RLM (E.D.N.Y.) and *Nampally v. Baidu, Inc.*, No. 1:20-cv-04430-RPK-RLM (E.D.N.Y.) are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re BAIDU, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 1:20-cv-03794-RRM-RLM <br> <u>CLASS ACTION</u> |
| This Document Relates To: <br>     ALL ACTIONS. | ) ) ) ) ) | |

(a)       The file in Case No. 1:20-cv-03794-RRM-RLM shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 1 -

(b)     All securities class actions on behalf of purchasers of Baidu, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)     This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.     Central Pennsylvania Teamsters Pension Funds are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT COURT CHIEF
JUDGE

- 2 -

4852-8556-0014.v1