UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GANESAN ALAGAPPAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-03794-RRM-RLM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, | : | |
| | : | |
| Defendants. | : | |
| HARINATH NAMPALLY, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-04430-RPK-RLM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, | : | |
| | : | |
| Defendants. | : | |

DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

- 1 -

4812-6020-7822.v1

I, ROBERT M. ROTHMAN, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movants Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 (collectively, the "Central Pennsylvania Teamsters Pension Funds") and proposed lead counsel for the class in the above-captioned securities class actions. I make this declaration in support of Central Pennsylvania Teamsters Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on August 19, 2020;

Exhibit B: Central Pennsylvania Teamsters Pension Funds' Sworn Certification; and

Exhibit C: Chart of Central Pennsylvania Teamsters Pension Funds' estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2020, at Melville, New York



s/ Robert M. Rothman
ROBERT M. ROTHMAN

4812-6020-7822.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 19, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Robert M. Rothman
ROBERT M. ROTHMAN

ROBBINS GELLER RUDMAN
     & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: rrothman@rgrdlaw.com

4812-6020-7822.v1

Case 1:20-cv-03794-RRM-RLM Eastern District of New York Filed 10/19/20 (Revision 5.1) Page 4 of 44 PageID #: 647

# Mailing Information for a Case 1:20-cv-03794-RRM-RLM Alagappan v. Baidu, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Michael Charles Griffin**
  michael.griffin@skadden.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Scott D. Musoff**
  smusoff@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)