**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movants and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANESAN ALAGAPPAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, <br><br> Defendants. | **CASE No.: 1:20-cv-03794-WFK-RLM** <br><br> **NOTICE OF MOTION AND MOTION OF BENJAMIN PAZ TCHIMINO AND INVERIONES B Y J LIMITADA TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** <br><br> **CLASS ACTION** |
| HARINATH NAMPALLY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BAIDU, INC., ROBIN YANHONG LI, HERMAN CHENG-CHUN YU, and JENNIFER XINZHE LI, <br><br> Defendants. | **CASE No.: 1:20-cv-04430-WFK-RLM** <br><br> **CLASS ACTION** |

    **PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act

of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act

1

of 1995 (the "PSLRA"), movants Benjamin Paz Tchimino and Inveriones B Y J Limitada ("Movants") hereby move this Court, the Honorable William F. Kuntz, II, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, and pursuant to an agreement with competing movants Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 (collectively, the "Central Pennsylvania Teamsters Pension Funds"), Movants submit: (i) the file-stamped Memorandum of Law dated October 19, 2020 (and exhibits); (ii) the file-stamped [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiffs and Approving Lead Plaintiffs' Selection of Counsel; (iii) the file-stamped Opposition Brief dated November 2, 2020; and (iv) the file-stamped Reply Brief dated November 9, 2020 (and exhibits).

Dated: January 21, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movants and Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>