# Exhibit 3

**Baidu, Inc. Loss Chart**
**Class Period: April 8, 2016 and August 13, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 124.7059998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Paz, Benjamin (Account EGA006097)** | | | | | | | | | | | | |
| | 2/14/2020 | 7,000 | ($135.00) | ($945,000.00) | 3/17/2020 | 7,000 | $90.00 | $630,000.00 | | | | |
| | 12/17/2019 | 100 | ($124.17) | ($12,416.50) | 2/13/2020 | 7,000 | $135.33 | $947,314.20 | | | | |
| | 12/17/2019 | 100 | ($124.17) | ($12,417.00) | 12/16/2019 | 7,000 | $122.35 | $856,450.00 | | | | |
| | 12/17/2019 | 100 | ($124.16) | ($12,416.00) | 5/24/2019 | 9,000 | $115.30 | $1,037,700.00 | | | | |
| | 12/17/2019 | 5,200 | ($124.18) | ($645,736.00) | 5/14/2019 | 4,800 | $153.33 | $735,998.40 | | | | |
| | 12/17/2019 | 75 | ($124.16) | ($9,312.00) | 4/16/2019 | 300 | $170.29 | $51,087.30 | | | | |
| | 12/17/2019 | 100 | ($124.15) | ($12,415.00) | 4/16/2019 | 100 | $170.29 | $17,029.10 | | | | |
| | 12/17/2019 | 100 | ($124.16) | ($12,416.00) | 4/16/2019 | 100 | $170.31 | $17,031.00 | | | | |
| | 12/17/2019 | 100 | ($124.16) | ($12,416.00) | 4/16/2019 | 3,600 | $170.32 | $613,156.68 | | | | |
| | 12/17/2019 | 100 | ($124.16) | ($12,416.00) | 4/16/2019 | 300 | $170.29 | $51,087.30 | | | | |
| | 12/17/2019 | 100 | ($124.17) | ($12,416.80) | 4/16/2019 | 100 | $170.31 | $17,031.00 | | | | |
| | 12/17/2019 | 700 | ($124.08) | ($86,856.00) | 4/16/2019 | 100 | $170.31 | $17,031.00 | | | | |
| | 12/17/2019 | 100 | ($124.07) | ($12,407.00) | 4/16/2019 | 100 | $170.32 | $17,032.00 | | | | |
| | 12/17/2019 | 65 | ($124.07) | ($8,064.55) | 4/16/2019 | 100 | $170.32 | $17,032.00 | | | | |
| | 12/17/2019 | 60 | ($124.07) | ($7,444.20) | 4/16/2019 | 100 | $170.32 | $17,032.00 | | | | |
| | 11/25/2019 | 3,000 | ($118.99) | ($356,970.00) | 4/16/2019 | 100 | $170.33 | $17,033.00 | | | | |
| | 11/21/2019 | 4,000 | ($114.40) | ($457,600.00) | 4/16/2019 | 100 | $170.33 | $17,033.00 | | | | |
| | 5/14/2019 | 148 | ($153.17) | ($22,669.16) | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | 5/14/2019 | 4,652 | ($153.23) | ($712,807.35) | 4/16/2019 | 100 | $170.33 | $17,033.00 | | | | |
| | 4/16/2019 | 6,000 | ($170.09) | ($1,020,540.00) | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | 4/12/2019 | 9,000 | ($173.00) | ($1,557,000.00) | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | | | | | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | | | | | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | | | | | 4/16/2019 | 100 | $170.34 | $17,034.00 | | | | |
| | | | | | 4/16/2019 | 100 | $170.35 | $17,035.00 | | | | |
| | | | | | 4/16/2019 | 94 | $170.36 | $16,013.84 | | | | |
| | | | | | 4/16/2019 | 2 | $170.36 | $340.72 | | | | |
| | | | | | 4/16/2019 | 4 | $170.36 | $681.44 | | | | |
| | | 40,800 | | ($5,941,735.56) | | 40,800 | | $5,229,385.98 | 0 | $0.00 | ($712,349.58) | |
| **Paz, Benjamin (Account EGA004225)** | | | | | | | | | | | | |
| | 2/14/2020 | 3,000 | ($134.24) | ($402,720.00) | 3/17/2020 | 20,300 | $90.00 | $1,827,000.00 | | | | |
| | 2/14/2020 | 5,000 | ($135.00) | ($675,000.00) | 3/16/2020 | 1,200 | $93.02 | $111,621.48 | | | | |
| | 2/14/2020 | 5,000 | ($135.00) | ($675,000.00) | 3/13/2020 | 1,400 | $95.88 | $134,225.00 | | | | |
| | 2/14/2020 | 5,000 | ($135.00) | ($675,000.00) | 3/13/2020 | 100 | $95.88 | $9,587.50 | | | | |
| | 2/14/2020 | 5,000 | ($135.00) | ($675,000.00) | 2/13/2020 | 39 | $134.71 | $5,253.69 | | | | |
| | 1/3/2020 | 5,000 | ($133.96) | ($669,800.00) | 2/13/2020 | 10,749 | $134.51 | $1,445,865.19 | | | | |
| | 12/19/2019 | 4,000 | ($125.04) | ($500,160.00) | 2/13/2020 | 20 | $134.72 | $2,694.40 | | | | |
| | 12/19/2019 | 200 | ($125.03) | ($25,006.60) | 2/13/2020 | 100 | $134.76 | $13,476.00 | | | | |
| | 12/19/2019 | 100 | ($125.03) | ($12,503.30) | 2/13/2020 | 100 | $134.75 | $13,475.00 | | | | |
| | 12/19/2019 | 100 | ($125.03) | ($12,503.30) | 2/13/2020 | 5 | $134.72 | $673.60 | | | | |
| | 12/19/2019 | 100 | ($125.02) | ($12,502.00) | 2/13/2020 | 39 | $134.72 | $5,254.08 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2019 | 200 | ($125.02) | ($25,004.20) | 2/13/2020 | 5 | $134.71 | $673.55 | | | |
| 12/19/2019 | 100 | ($125.02) | ($12,502.10) | 2/13/2020 | 100 | $134.75 | $13,475.00 | | | |
| 12/19/2019 | 200 | ($125.01) | ($25,002.00) | 2/13/2020 | 75 | $134.75 | $10,106.25 | | | |
| 12/19/2019 | 100 | ($125.00) | ($12,500.30) | 2/13/2020 | 50 | $134.75 | $6,737.50 | | | |
| 12/19/2019 | 100 | ($125.00) | ($12,500.00) | 2/13/2020 | 100 | $134.79 | $13,479.00 | | | |
| 12/19/2019 | 200 | ($124.99) | ($24,998.00) | 2/13/2020 | 75 | $134.82 | $10,111.50 | | | |
| 12/19/2019 | 100 | ($124.99) | ($12,498.50) | 2/13/2020 | 7 | $134.75 | $943.25 | | | |
| 12/19/2019 | 100 | ($124.98) | ($12,498.20) | 2/13/2020 | 400 | $134.85 | $53,938.00 | | | |
| 12/19/2019 | 100 | ($124.98) | ($12,498.20) | 2/13/2020 | 126 | $134.79 | $16,983.54 | | | |
| 12/19/2019 | 100 | ($124.98) | ($12,498.20) | 2/13/2020 | 1,100 | $134.85 | $148,329.50 | | | |
| 12/19/2019 | 100 | ($124.98) | ($12,498.00) | 2/13/2020 | 100 | $134.79 | $13,479.00 | | | |
| 12/19/2019 | 100 | ($124.97) | ($12,496.50) | 2/13/2020 | 100 | $134.81 | $13,481.00 | | | |
| 12/17/2019 | 9,000 | ($124.17) | ($1,117,485.90) | 2/13/2020 | 2,200 | $134.85 | $296,659.00 | | | |
| 11/25/2019 | 3,000 | ($119.00) | ($357,000.00) | 2/13/2020 | 1,100 | $134.85 | $148,329.50 | | | |
| 11/21/2019 | 6,000 | ($114.40) | ($686,394.00) | 2/13/2020 | 30 | $134.84 | $4,045.20 | | | |
| 5/14/2019 | 4,800 | ($153.45) | ($736,572.48) | 2/13/2020 | 60 | $134.81 | $8,088.60 | | | |
| 4/16/2019 | 6,000 | ($169.50) | ($1,017,000.00) | 2/13/2020 | 60 | $134.81 | $8,088.60 | | | |
| 4/10/2019 | 7,000 | ($176.64) | ($1,236,508.00) | 2/13/2020 | 100 | $134.82 | $13,482.00 | | | |
| 4/10/2019 | 2,000 | ($176.62) | ($353,240.00) | 2/13/2020 | 100 | $134.82 | $13,482.00 | | | |
| | | | | 2/13/2020 | 60 | $134.81 | $8,088.60 | | | |
| | | | | 2/13/2020 | 100 | $134.83 | $13,483.00 | | | |
| | | | | 2/13/2020 | 2,200 | $134.86 | $296,692.00 | | | |
| | | | | 2/13/2020 | 700 | $134.86 | $94,402.00 | | | |
| | | | | 12/16/2019 | 9,000 | $122.36 | $1,101,240.00 | | | |
| | | | | 5/24/2019 | 7,500 | $115.30 | $864,750.00 | | | |
| | | | | 5/24/2019 | 1,100 | $115.07 | $126,577.00 | | | |
| | | | | 5/22/2019 | 400 | $118.00 | $47,200.00 | | | |
| | | | | 5/14/2019 | 4,800 | $153.56 | $737,088.00 | | | |
| | | | | 4/16/2019 | 6,000 | $170.42 | $1,022,520.60 | | | |
| | 71,800 | | ($10,026,889.78) | | 71,800 | | $8,675,079.13 | 0 | $0.00 | ($1,351,810.65) |
| **Total** | 112,600 | | ($15,968,625.34) | | 112,600 | | $13,904,465.11 | 0 | $0.00 | ($2,064,160.23) |