# Exhibit D

# iQIYI Partners with Super Sports Media to Launch iQIYI Sports App, Creating a Powerful New Player in the Online Sports Industry in China

NEWS PROVIDED BY
**iQIYI, Inc.** →
Aug 06, 2018, 09:01 ET

BEIJING, Aug. 6, 2018 /PRNewswire/ -- iQIYI Inc. (NASDAQ: IQ) ("iQIYI" or the "Company"), an innovative market-leading online entertainment service in China, today announced that it will partner with Super Sports Media, a subsidiary of DDMC Group, to set up a joint venture named Beijing Xin'ai Sport Media Technology Co., Ltd.

As part of the joint venture, the existing Super Sports Media app will officially change its name to "iQIYI Sports". The upgraded app will bring together extensive soccer, tennis and golf coverage drawn from broadcasting agreements made by both iQIYI's sports platform and Super Sports Media, including top flight coverage of the English Premier League, the UEFA Nations League, the Australian Open, the ATP Tour and the WTA Tour.

Existing members of both Super Sports Media and the tennis-focused membership program on iQIYI will receive full membership status in the new app. Members are granted exclusive access to a wide range of livestreamed sports content, including the UEFA Nations League, the EFL Cup, as well as exclusive golf coverage. Every month, members will also be granted tokens which will allow them access to pay-per-view live streamed Premier League games or tennis matches.

"iQIYI is a clear leader in the Chinese online video market, having established a strong brand name and won the favor of countless viewers through their extremely popular original variety shows and online dramas," said Yu Lingxiao, President of Super Sports Media and CEO of the Super Sports Media-iQIYI joint venture. "Combining premium sports content from both companies along with Super Sports Media's years of experience in online sports coverage and iQIYI's user base numbering in the hundreds of millions, I am confident our new partnership will provide users with best in sports content and a greatly improved viewing experience."

"China's sports industry has entered into a period of rapid development and has great potential for development," said Wang Xiaohui, Chief Content Officer at iQIYI. "Super Sports Media is a strategic partner with high-quality licensed content and professional operation experience. I believe we can work together to create a super online sports platform through high-quality licensed content, event operations, advertising and membership services. This cooperation also lays a good foundation for continued investment in sports content."

About iQIYI, Inc.

iQIYI, Inc. (NASDAQ:IQ) ("iQIYI" or the "Company") is an innovative market-leading online entertainment service in China. Its corporate DNA combines creative talent with technology, fostering an environment for continuous innovation and the production of blockbuster content. iQIYI's platform features highly popular original content, as well as a comprehensive library of other professionally-produced content, partner-generated content and user-generated content. The Company distinguishes itself in the online entertainment industry by its leading technology platform powered by advanced AI, big data analytics and other core proprietary technologies. iQIYI attracts a massive user base with tremendous user engagement, and has developed a diversified monetization model including membership services, online advertising services, content distribution, live broadcasting, online games, IP licensing, online literature and e-commerce etc. For more information on iQIYI, please visit http://ir.iqiyi.com.

About Super Sports Media

Super Sports Media was founded in 2010 and is leading service provider in the Chinese market for sports marketing, sports culture communications and sports copyright distribution. Since the company's founding, Super Sports Media has built up a wide broadcast network which covers all forms of media, including online (Ssports.com<http://Ssports.com> and Ssports App),

over-the-air TV (TV broadcast alliance), Pay TV (STV), IPTV and OTT etc. The company has been consistent in its efforts to innovate and improve media, exploring ways to increase the commercial and brand value of major sports competitions, and with a proven track record of finding innovative avenues of monetization for sports content. In 2013, Super Sports Media launched mainland China's first pay-per-view model for sports content, providing live Premier League matches to Chinese football fans. On the back of this initiative, Super Sports continues this day to first choice platform for Premier League fans in China.

SOURCE iQIYI, Inc.