# Exhibit P

# LIONBRIDGE

STATE OF NEW YORK  )
                   )
                   )      ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached excerpted disclaimer.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 15ᵗʰ day of __July__, 20 21.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30ᵗʰ Street, 11ᵗʰ Floor  New York, NY 10001  +1.212.631.7432

[page 2]

[…] Our company has made every effort but does not guarantee the complete accuracy or completeness of such information, and clients should not consider the information to be completely accurate and complete. […]


QUEST MOBILE

# 2020年中国移动互联网"战疫"专题报告 ——热点关注行业发展报告

2020-02-11

# 法律免责声明



1. 本研究报告（以下简称"本报告"）由QuestMobile（以下简称"本公司"）制作及发布。

2. 本报告所涉及的数据来源于QuestMobile自有数据库、行业公开、市场公开、公司授权，以及QuestMobile Echo快调研平台等，均采用合法的技术手段、深度访问、抽样调查等方式获取；本公司力求但不保证该信息的完全准确性和完整性，客户也不应该认为该信息是完全准确和完整的。同时，本公司不保证文中观点或陈述不会发生任何变更，在不同时期，本公司可发出与本报告所载资料、意见及推测不一致的研究报告。本公司会适时更新我们的研究，但可能会因某些规定而无法做到。除了一些定期出版的研究报告之外，绝大多数研究报告是在本公司认为适当的时候不定期地发布。

3. 本报告所涉及的独立研究数据、研究方法、研究模型、研究结论及衍生服务产品拥有全部知识产权，任何人不得侵害和擅自使用，违者必究。

4. 本报告主要以微信公众号形式分发或电子版形式交付，间或也会辅以印刷品形式交付或分发，所有报告版权均归本公司所有。未经本公司事先书面协议授权，任何机构或个人不得以任何形式复制、转发或公开传播本报告的全部或部分内容。不得将报告内容作为诉讼、仲裁、传媒所引用之证明或依据，不得用于营利或用于未经允许的其它用途。

5. 经本公司事先书面协议授权刊载或转发的，被授权机构承担相关刊载或者转发责任。不得对本报告进行任何有悖原意的引用、删节和修改。

6. 本报告的分享或发布现场，未经本公司事先书面协议授权，参会人员不得以任何形式进行录音、录像或拍照，更不允许参会人员以任何形式在其他场合或社交媒体（包括客户内部以及外部）进行转发、交流或评论本次分享内容。

7. 如因以上行为（不限于3、4、5、6）产生的误解、责任或诉讼由传播人和所在企业自行承担，本公司不承担任何责任。

8. 本次分享内容最终解释权归本公司所有。

# 01

## 中国移动互联网"战疫"整体情况分析

新冠疫情举国关注，民众积极响应国家号召不出行、积极防护，带来用户线上行为更加活跃：获取资讯、购买防护用品、在家工作学习、看资讯等拉动全网使用时长大幅上涨



2020年春节假期前后 全网用户每日使用总时长

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

疫情叠加春节，导致移动互联网行业的时长格局发生变化，相比去年春节，短视频的时长占比超过手机游戏，新闻资讯也涨至9%

**QUEST MOBILE**



2020年春节期间 移动互联网典型行业使用时长占比

移动社交　短视频　手机游戏　新闻资讯　在线视频　数字阅读　综合电商　移动音乐　出行服务　其他

| | 移动社交 | 短视频 | 手机游戏 | 新闻资讯 | 在线视频 | | 其他 |
|---|---|---|---|---|---|---|---|
| 2020春节 | 31.8% | 17.3% | 12.2% | 9.0% | 8.7% | | 13.5% |
| 2020平日 | 32.3% | 15.2% | 8.5% | 7.9% | 8.3% | | 16.8% |
| 2019春节 | 33.7% | 11.8% | 12.2% | 8.2% | 8.4% | | 15.4% |

+2.1pp　+3.7pp　+1.2pp　+0.4pp

+3.4pp

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source：**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

**QUEST MOBILE**

在用户规模增量方面，手机游戏、视频等领域受益明显，在微信小程序中，查询获取疫情信息的实用工具、新闻资讯和生活服务类产品表现突出，在增量TOP50中占比达到24%

## 2020年春节假期比放假前 日均活跃用户增量 TOP50 APP 行业分布

■ 手机游戏　■ 在线视频　■ 短视频　■ 新闻资讯　■ 数字阅读　■ 移动社交　■ 拍摄美化　■ 系统工具　■ 其他



| 20% | 16% | 14% | 14% | 10% | 8% | 8% | 6% | 4% |

## 2020年春节假期比放假前 日均活跃用户增量 TOP50 微信小程序 行业分布

■ 手机游戏　■ 移动视频　■ 实用工具　■ 新闻资讯　■ 生活服务　■ 办公商务　■ 移动社交　■ 医疗服务　■ 数字阅读　■ 金融理财



| 38% | 36% | 16% | 4% | 4% | 4% |

时段选取：2020年春节假期指2020年1月24日-2月2日，放假前时段为2020年1月2-8日

注：APP已经剔除输入法、应用商店行业

Source：QuestMobile TRUTH 中国移动互联网数据库 2020年2月

# 快手、抖音因合作央视和地方卫视春晚，用户增量均超过4000万；随着疫情的持续发展，社交、新闻资讯等平台是很多信息重要来源，用户增长明显

**QUEST MOBILE**

## 2020年春节假期比放假前 日均活跃用户增量 TOP10 APP

单位: 万

■ 对比增量



| 所在行业 | 短视频 | 短视频 | 微博社交 | 手机游戏 | 手机游戏 | 新闻资讯 | 即时通讯 | 在线视频 | 新闻资讯 | 浏览器 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4,273 | 4,261 | 4,201 | 2,747 | 2,629 | 2,558 | 2,496 | 2,128 | 2,098 | 1,669 |
| | 抖音短视频 | 快手 | 微博 | 和平精英 | 王者荣耀 | 新浪新闻 | QQ | 爱奇艺 | 今日头条 | QQ浏览器 |

日均活跃用户增量=春节假期（2020年1月24日-1月30日）日均DAU-平日（2020年1月2日-8日）日均DAU

注：APP已经剔除输入法、应用商店等工具类行业

Source: **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

# 在微信小程序中，医疗服务、生活服务、新闻资讯等帮助用户更快捷地了解疫情信息的平台也获得快速增长

**QUEST MOBILE**



2020年春节假期比放假前 日均活跃用户增量 TOP10 微信小程序

单位: 万　　　■ 对比增量

| 所在行业 | 移动社交 | 移动视频 | 新闻资讯 | 移动视频 | 实用工具 | 医疗服务 | 生活服务 | 移动视频 | 生活服务 | 手机游戏 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 热门微博 | 微视互动视频 | 腾讯新闻 | 祝福猫视频 | 小猫祝福 | 腾讯健康 | 城市服务 | 祥瑞视频 | 国务院客户端 | 我不是猪头 |
| | 1,320 | 1,306 | 838 | 783 | 619 | 603 | 587 | 549 | 517 | 351 |

日均活跃用户增量=春节假期（2020年1月24日-1月30日）日均DAU-平日（2020年1月2日-8日）日均DAU

Source：　**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

# 02

## 热点行业流量变化情况



## 2.1移动社交行业

### 网民对移动社交依赖加强，更频繁地通过社交APP拜年、关怀亲友、获取信息等，时长比上年增加了15%

## 2019-2020年 不同时期移动社交行业用户概况

### 日均活跃用户规模

单位: 亿

| | | |
|---|---|---|
| 7.80 | 7.59 | 7.94 |
| 2019春节 | 2020平日 | 2020春节 |

Y轴刻度: 9, 6, 3, 0

### 日人均使用时长

单位: 分钟

| | | |
|---|---|---|
| 121 | 132 | 139 |
| 2019年春节 | 2020平日 | 2020年春节 |

Y轴刻度: 150, 100, 50, 0

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source: **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

微信、QQ的活跃用户规模在除夕之夜迎来峰值，随着疫情的持续发酵，叠加科比飞机失事等事件，微博在大年初三的用户规模较平日上涨37.5%

**QUEST MOBILE**



2020年春节假期前后 移动社交APP行业 日活跃用户规模 TOP5

| | 微信 | QQ | 微博 | MOMO陌陌 | 小红书 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 7.68 | 3.81 | 2.12 | 0.30 | 0.21 |
| 相比2019春节增长 | 0.3% | -1.2% | 29.2% | 2.3% | 35.0% |

单位：亿

8

7.60    除夕    7.63
7.90

3.93
3.65    3.80

2.39
1.74    2.03

疫情信息叠加
科比飞机失事

1

0

2020-01-14 2020-01-15 2020-01-16 2020-01-17 2020-01-18 2020-01-19 2020-01-20 2020-01-21 2020-01-22 2020-01-23 2020-01-24 2020-01-25 2020-01-26 2020-01-27 2020-01-28 2020-01-29 2020-01-30 2020-01-31 2020-02-01 2020-02-02 2020-02-03 2020-02-04

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：  **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

由于政府和民众对疫情信息的空前重视，用户在微信和QQ中获取信息、关心家人，月人均使用时长均上涨15%以上

**QUEST MOBILE**



2020年春节假期期间 移动社交APP行业TOP5 日人均使用时长

单位: 分钟　■2019春节　■2020春节

时段定义：2019年春节假期指2019年2月4-10日，2020年春节假期指2020年1月24日-2月2日

Source：**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

## 2.2 新闻资讯行业

**通过手机获取实时疫情和防护消息，新闻资讯行业的用户规模在春节期间增幅达到17.2%，用户使用时长也达到新高**

**QUEST MOBILE**



2019-2020年 不同时段新闻资讯行业用户对移动互联网使用比较

日均活跃用户规模

单位: 亿

| 2019春节 | 2020平日 | 2020春节 |
| --- | --- | --- |
| 2.88 | 2.90 | 3.42 |

日人均使用时长

单位: 分钟

| 2019年春节 | 2020平日 | 2020年春节 |
| --- | --- | --- |
| 80 | 84 | 91 |

+4分钟    +7分钟

时段定义：2019年春节指2019年2月4-10日，2020年平日指2020年1月2-8日，2020年春节指2020年1月24-2月2日

Source:  **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

用户对获取疫情、防护等信息的需求大幅增长，拉动典型新闻资讯APP等信息流平台的活跃用户规模和使用时长同步上涨

**QUEST MOBILE**



### 2020年春节假期前后 新闻资讯APP行业 日活跃用户规模TOP5

单位：万

|  | 今日头条 | 腾讯新闻 | 新浪新闻 | 网易新闻 | 趣头条 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 14,106 | 9,313 | 6,719 | 2,660 | 1,818 |
| 相比2019春节增长 | 17.1% | 8.3% | 110.1% | 18.6% | -27.9% |

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source: QuestMobile TRUTH 中国移动互联网数据库 2020年2月

（接上页）



## 2020年春节假期期间 新闻资讯APP行业TOP5 日人均使用时长

单位: 分钟

■ 2019春节  ■ 2020春节

| | 今日头条 | 腾讯新闻 | 新浪新闻 | 网易新闻 | 趣头条 |
|---|---|---|---|---|---|
| 2020春节 | 96.48 | 65.08 | 54.59 | 101.90 | 45.73 |
| 增长 | +11.5% | +17.5% | +41.4% | +29.7% | +5.3% |

时段定义：2019年春节假期指2019年2月4-10日，2020年春节假期指2020年1月24-2月2日

Source：**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

# 更加方便快捷的新闻资讯类小程序也实现了快速增长



## 2020年春节假期前后 新闻资讯行业微信小程序活跃用户规模 增量TOP5

单位：万

—— 腾讯新闻　—— 腾讯看点　—— 人民日报　—— 珍贵图片集　—— 珍贵图集Online

1,371

452

疫情专区
每天跟踪信息

Source：　QuestMobile TRUTH 中国移动互联网数据库 2020年2月

# 2.3 搜索下载、浏览器行业

## 百度、QQ浏览器等搜索下载、浏览器作为信息的重要承载和查询平台，在疫情期间活跃用户规模和使用时长也同步上涨

### 2020年春节假期前后 典型搜索下载、浏览器APP行业 日活跃用户规模TOP5



| | 百度 | QQ浏览器 | UC浏览器 | 360浏览器 | 迅雷 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 20,490 | 11,372 | 8,039 | 2,203 | 983 |
| 相比2019春节增长 | 10.4% | 65.6% | 12.0% | -10.2% | -14.6% |

单位：万

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月



## 2020年春节假期期间 搜索下载、浏览器APP行业TOP5 日人均使用时长

单位: 分钟

■ 2019春节　■ 2020春节

| | 百度 | QQ浏览器 | UC浏览器 | 360浏览器 | 迅雷 |
|---|---|---|---|---|---|
| 2020春节 | 46.84 +14.9% | 68.81 | 47.63 | 69.94 +7.1% | 31.01 +52.0% |

时段定义：2019年春节假期指2019年2月4-10日，2020年春节假期指2020年1月24-2月2日

Source： **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

## 2.4 医疗服务行业

平安好医生、丁香园等医疗APP在疫情公布初期成为很多人了解专业知识的重要平台，用户增加较快，随着越来越多平台加入疫情知识普及，民众信息来源多样化，活跃用户规模趋于平稳

### 2020年春节假期前后 医疗服务APP行业 日活跃用户规模TOP5

| | 平安好医生 | 丁香园 | 用药助手 | 叮当快药 | 健客网上药店 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 153 | 30 | 20 | 16 | 12 |
| 相比2019春节增长 | -43.9% | 222.2% | 108.1% | 952.6% | 306.8% |

单位：万



时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

QUEST MOBILE

典型医疗服务小程序，方便用户查询疫情、学习防疫知识，同时也便于用户之间交流，腾讯健康微信小程序10天上涨70倍

**QUEST MOBILE**



2020年春节假期前后 医疗服务行业微信小程序 增量TOP3

单位: 万

—— 腾讯健康 —— 丁香医生 —— 腾讯医典

时段定义：2019年春节假期指2019年2月4-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

## 2.5 生活服务行业

**受放假叠加疫情的影响，生活服务行业整体在2020年春节表现略显逊色，主要是外卖服务受影响较大**

QUEST MOBILE



2019-2020年 不同时段生活服务行业用户对移动互联网使用比较

**日均活跃用户规模**

单位: 万

- 2019春节: 13,432
- 2020平日: 15,584
- 2020春节: 9,855

**日人均使用时长**

单位: 分钟

- 2019年春节: 15
- 2020平日: 21
- 2020年春节: 16

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2-8日，2020年春节指2020年1月24日-2月2日

Source: **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

餐厅不营业、叠加用户害怕接触感染，外卖服务受疫情影响较大；
而菜谱类APP则因用户做饭需求增加而增长



**2020年春节期间 外卖服务&美食菜谱APP行业 日活跃用户规模TOP3**

单位: 万

| | 美团外卖 | 饿了么 | 口碑 | 下厨房 | 豆果美食 | 香哈菜谱 |
|---|---|---|---|---|---|---|
| 2020春节日均DAU | 609 | 560 | 163 | 106 | 75 | 39 |
| 相比2019春节增长 | -4.2% | 11.6% | -59.7% | 37.5% | -23.5% | -16.6% |

1月20日确认病例数据对外披露

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source:  QuestMobile TRUTH 中国移动互联网数据库 2020年2月

在城市服务、国务院客户端小程序上线疫情实时数据查询、确诊人员活动范围查询功能后，用户迅速攀升至千万

QUEST MOBILE



2020年春节假期前后 生活服务行业微信小程序 增量TOP5

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source: QuestMobile TRUTH 中国移动互联网数据库 2020年2月

## 2.6 短视频行业

短视频在春节期间成为广大网民主要放松方式之一，也是网民了解疫情、学习防护知识的重要平台，用户、时长都维持了上升趋势

QUEST MOBILE



2019-2020年 不同时期在短视频行业用户概况

日均活跃用户规模

单位: 亿

日人均使用时长

单位: 分钟

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source: **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

## 2.5 短视频行业

与春晚合作的快手春节假期平均日活跃用户规模上涨40%，而与多家卫视春晚合作的抖音也上涨26%；随着大年初一《囧妈》的上线，西瓜视频也较平日上涨38%

**QUEST MOBILE**

### 2020年春节假期前后 短视频APP行业 日活跃用户规模TOP5

单位：万

| | 抖音短视频 | 快手 | 西瓜视频 | 火山小视频 | 微视 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 31,767 | 22,653 | 4,540 | 3,604 | 3,612 |
| 相比2019春节增长 | 38.9% | 35.2% | 6.7% | -17.1% | 400.7% |

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：QuestMobile TRUTH 中国移动互联网数据库 2020年2月          注：不包含抖音极速版、快手极速版

随着《囧妈》的上线，用户可以往字节跳动旗下短视频平台免费观看，西瓜视频和火山小视频的使用时长上涨明显



2020年春节假期前后 字节跳动旗下短视频APP 日人均使用时长

抖音短视频　　　西瓜视频　　　火山小视频

单位：分钟

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月　　　　　　　　　注：不包含抖音极速版

## 2.7在线视频行业

**在线看剧成为很多人宅在家中的放松方式，在线视频行业用户规模较平日上涨17.4%，日人均使用时长超过1.5小时**

**QUEST MOBILE**



### 2019-2020年 不同时期在线视频行业用户概况

**日均活跃用户规模**
单位: 亿

- 2019春节: 2.89
- 2020平日: 2.64
- 2020春节: 3.10

**日人均使用时长**
单位: 分钟

- 2019年春节: 82
- 2020平日: 97
- 2020年春节: 98

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source：  **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月



典型在线视频APP均推出独播剧目，陪伴网民度过假期；活跃用户规模稳步上升

热门IP对视频平台促活效果显现，腾讯视频上线《三生三世枕上书》当周，DAU一路上升，峰值比上映前一天增长22%，芒果TV上线《下一站是幸福》当周，DAU峰值更是比上映前一天增长26%，B站则凭借一些优质深度内容，时长优势突出

## 2020年春节假期前后 在线视频行业头部APP 日活跃用户规模

单位：万

| | 爱奇艺 | 腾讯视频 | 芒果TV | 哔哩哔哩 |
|---|---|---|---|---|
| 2020春节日均DAU | 12,610 | 12,017 | 3,687 | 3,228 |

1月16日《绝代双骄》独播

1月22日《三生三世枕上书》独播

除夕 11,701

1月30日《北灵少年志之大主宰》独播

1月26日《下一站是幸福》独播

11,144

12,957

11,940

4,471

3,306

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

(接上页)



## 2020年春节假期期间 在线视频行业头部APP 日人均使用时长

单位: 分钟

■ 2019春节  ■ 2020春节

| 应用 | 2019春节 | 2020春节 | 增长 |
|---|---|---|---|
| 爱奇艺 | | 74 | +20.5% |
| 腾讯视频 | | 68 | +26.8% |
| 芒果TV | | 88 | +42.1% |
| 哔哩哔哩 | | 111 | +11.1% |

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

中央广播电视总台央视频APP在"疫情24小时"专题上线火雷神山
医院建设直播后，千万网民纷纷打卡云监工为武汉加油

**QUEST MOBILE**



2020年春节假期期间 央视频APP 日活跃用户规模

单位: 万

909.2
917.7

火神山医院
正式交付

1月27号，央视频
开始火雷神山医
院建设直播

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

## 2.8 手机游戏行业

在疫情和寒假、春节的影响下，用户对手机游戏的需求也有所增加，用户规模较平日增长30%，人均单日使用时长增长17.8%



**2019-2020年 不同时期手机游戏行业用户日人均使用时长**

单位: 分钟

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月



王者荣耀、和平精英的用户规模均迎来30%以上上涨长

## 2020年春节假期前后 手机游戏APP行业 日活跃用户规模TOP5

单位：万

王者荣耀  和平精英  开心消消乐  欢乐斗地主  穿越火线：枪战王者

9,535

春节皮肤  7,994

年兽玩法、演
唱会等活动

QUEST MOBILE

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：QuestMobile TRUTH 中国移动互联网数据库 2020年2月

用户的使用时长也随之水涨船高，其中王者荣耀较去年春节期间增长近75%，其他吃鸡类游戏和休闲类游戏也都表现不俗



### 2020年春节假期期间 手机游戏APP行业 TOP5 日人均使用时长

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

与此同时，微信小游戏中典型的休闲类游戏也迎来不同程度上涨，其中带社交属性的趣味答题小游戏"我不是猪头"在3天之内迅速爆发，活跃用户规模上涨至1,231万

**QUEST MOBILE**



2020年春节假期前后 手机游戏行业微信小程序 增量TOP5

单位：万　　欢乐斗地主　　天天斗地主真人版　　我不是猪头　　微乐家乡麻将　　解救小宝

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

## 2.9 生鲜电商行业

### 在国家不出门不聚会的呼吁下，生鲜电商成为很多用户置办食材的首选，送货上门和无接触配送受欢迎



## 2019-2020年 不同时段生鲜电商行业用户对移动互联网使用比较

**日均活跃用户规模**

单位: 万

| 时段 | 日均活跃用户规模 |
| --- | --- |
| 2019春节 | 527 |
| 2020平日 | 777 |
| 2020春节 | 1,009 |

**日人均使用时长**

单位: 分钟

| 时段 | 日人均使用时长 |
| --- | --- |
| 2019年春节 | 9.5 |
| 2020平日 | 10.5 |
| 2020年春节 | 12.6 |

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source：QuestMobile TRUTH 中国移动互联网数据库 2020年2月

# 典型生鲜电商平台实现用户快速增长，疫期限量购买口罩拉动多点平台用户增长明显

**QUEST MOBILE**



## 2020年春节期间 生鲜电商APP行业 日活跃用户规模TOP5

单位: 万

| | 盒马 | 多点 | 叮咚买菜 | 每日优鲜 | 京东到家 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 295 | 250 | 147 | 99 | 92 |
| 相比2019春节增长 | 127.5% | 34.2% | 274.6% | 101.0% | 98.3% |

国家呼吁不出门不聚会

339

291

多点口罩到货限量发售

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

# 微信小程序中，苏宁易购、叮咚买菜等人们不能出门的网民选购生活必需品提供了便利，用户增量较大，有品Lite和网易严选则在口罩上架后用户规模激增

**QUEST MOBILE**

## 2020年春节假期前后 移动购物行业微信小程序 增量TOP5

单位：万



时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source： **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

## 2.10 教育学习行业

疫情期间线下班纷纷停课，网民对线上教育平台的依赖加强，用户量虽然由于寒假因素比平时降低，但相比去年春节增长了22%，时长更是增长了30%

**QUEST MOBILE**



2019-2020年 不同时段教育学习行业用户对移动互联网使用比较

日均活跃用户规模
单位: 万

日人均使用时长
单位: 分钟

时段定义：2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月



典型在线教育平台春节后涨势强劲，住得到寒假延期通知后，典型平台纷纷开放免费课程"停学不停课"

## 2020年春节假期前后 教育学习APP行业 日活跃用户规模TOP5

单位：万

— 学习强国　— 作业帮　— 网易有道词典　— 小猿搜题　— 学而思网校　— 猿辅导

上线优质免费课程 ▼　2014.9

免费直播课 ▼　1,418.0

997.1

818.9

112.6

线上免费课程开课 ▼

2,000　1,600　1,200　800　400　0

2020-01-14　2020-01-15　2020-01-16　2020-01-17　2020-01-18　2020-01-19　2020-01-20　2020-01-21　2020-01-22　2020-01-23　2020-01-24　2020-01-25　2020-01-26　2020-01-27　2020-01-28　2020-01-29　2020-01-30　2020-01-31　2020-02-01　2020-02-02　2020-02-03　2020-02-04

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：　**QuestMobile** TRUTH 中国移动互联网数据库 2020年2月



进入寒假以后，节前主攻文化课学习的微信小程序增长较快，而疫情发酵后，每天需要向班主任汇报孩子健康的班级小管家则增长5倍

## 2020年春节假期前后 教育学习行业微信小程序 增量TOP5

单位：万　　━━ 儿歌千千　　━━ 班级小管家　　━━ 瑞思小达人　　━━ 寒假大闯关　　━━ 小学生数学报快乐思维营每日答题

寒假放假

64

学校每天统计学生健康

147

43

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source：　QuestMobile TRUTH 中国移动互联网数据库 2020年2月

# 2.11 旅游服务行业

## 积极响应政府号召不出门、加强自我隔离，很多用户暂停了旅游和出行安排

QUEST MOBILE



### 2019-2020年 不同时段旅游服务行业用户对移动互联网使用比较

日均活跃用户规模

单位: 万

- 2019春节: 2,735
- 2020平日: 2,531
- 2020春节: 1,625

日人均使用时长

单位: 分钟

- 2019年春节: 10
- 2020平日: 13
- 2020年春节: 11

时段定义： 2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source： **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

# 1月下旬开始，旅游用户规模大幅下降，旅游服务典型平台往春节后的迎来退票高峰

QUEST MOBILE



## 2020年春节期间 旅游服务APP行业 日活跃用户规模 TOP5

单位: 万

| | 携程旅行 | 飞猪 | 去哪儿旅行 | 马蜂窝旅游 | 华住会 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 846 | 318 | 269 | 60 | 49.5 |
| 相比2019春节增长 | -39.0% | -27.7% | -50.7% | -64.7% | +8.5% |

出行逐步取消

平台退票高峰

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source: QuestMobile TRUTH 中国移动互联网数据库 2020年2月

典型旅游服务微信小程序和APP趋势类似，1月22号以后政府逐步推出"少出门"宣传和政策，网民出行逐步取消，同程艺龙在春节期间出现退票小高峰，2月初迎来返程小高峰

QUEST MOBILE

2020年春节期间 旅游服务行业 微信小程序 日活跃用户规模 TOP3



Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月

## 2.12 出行服务行业

与旅游行业相仿，大家响应号召取消出行宅在家中，出行服务行业用户规模和使用时长均出现较下滑



### 2019-2020年 不同时段出行服务行业用户对移动互联网使用比较

**日均活跃用户规模**

单位: 万

| 时段 | 数值 |
|------|------|
| 2019春节 | 14,225 |
| 2020平日 | 16,569 |
| 2020春节 | 9,095 |

**日人均使用时长**

单位: 分钟

| 时段 | 数值 |
|------|------|
| 2019年春节 | 28 |
| 2020平日 | 21 |
| 2020年春节 | 16 |

时段定义： 2019年春节指2019年2月4日-10日，2020年平日指2020年1月2日-8日，2020年春节指2020年1月24日-2月2日

Source：  QuestMobile TRUTH 中国移动互联网数据库 2020年2月



# 1月下旬开始，出行用户规模大幅下降，12306在春节后因退票和返程迎来一定上扬

## 2020年春节期间 出行服务APP行业 日活跃用户规模TOP5

单位: 万

| | 高德地图 | 百度地图 | 铁路12306 | 滴滴出行 | 智行火车票12306高铁抢票 |
|---|---|---|---|---|---|
| 2020春节日均DAU | 4,440 | 3,330 | 667 | 573 | 225 |
| 相比2019春节增长 | -35.3% | -38.7% | 12.1% | -59.7% | -0.3% |

出行逐步取消

时段定义：2019年春节假期指2019年2月4日-10日，2020年春节假期指2020年1月24日-2月2日

Source: **QuestMobile** TRUTH 中国移动互联网数据库 2020年2月

典型出行服务小程序和APP趋势类似，三地头部小程序在1月22号以后均出现下滑，智行火车票因退票和返程在节后出现小幅回调



QUEST MOBILE

2020年春节期间 出行服务行业 微信小程序 日活跃用户规模TOP3

单位: 万

滴滴出行　　乘车码　　智行火车票

Source： QuestMobile TRUTH 中国移动互联网数据库 2020年2月







