# Exhibit Q

| Baidu, Inc. Stock Price (NASDAQ: BIDU) April 1, 2016 - August 31, 2020 Source: Yahoo! Finance | | |
|---|---|---|
| Date | Close | Volume |
| April 1, 2016 | $190.33 | 2,443,000 |
| April 4, 2016 | $188.97 | 1,741,800 |
| April 5, 2016 | $183.80 | 2,977,100 |
| April 6, 2016 | $186.82 | 1,928,300 |
| April 7, 2016 | $182.53 | 1,835,900 |
| April 8, 2016 | $183.98 | 1,714,700 |
| April 11, 2016 | $185.07 | 1,896,000 |
| April 12, 2016 | $187.40 | 1,714,600 |
| April 13, 2016 | $193.98 | 3,264,600 |
| April 14, 2016 | $195.72 | 2,031,800 |
| April 15, 2016 | $193.22 | 1,641,700 |
| April 18, 2016 | $192.94 | 1,500,000 |
| April 19, 2016 | $194.52 | 2,123,200 |
| April 20, 2016 | $193.67 | 1,496,300 |
| April 21, 2016 | $192.74 | 1,726,600 |
| April 22, 2016 | $190.76 | 2,015,800 |
| April 25, 2016 | $188.04 | 1,754,900 |
| April 26, 2016 | $188.25 | 1,892,900 |
| April 27, 2016 | $187.95 | 2,257,000 |
| April 28, 2016 | $186.02 | 3,611,300 |
| April 29, 2016 | $194.30 | 6,954,700 |
| May 2, 2016 | $178.91 | 10,170,300 |
| May 3, 2016 | $174.36 | 5,482,300 |
| May 4, 2016 | $177.28 | 4,009,200 |
| May 5, 2016 | $175.22 | 3,559,300 |
| May 6, 2016 | $173.94 | 3,112,600 |
| May 9, 2016 | $169.49 | 6,555,200 |
| May 10, 2016 | $166.21 | 5,456,200 |
| May 11, 2016 | $163.05 | 6,152,100 |
| May 12, 2016 | $161.28 | 4,103,000 |
| May 13, 2016 | $159.75 | 3,131,800 |
| May 16, 2016 | $167.96 | 5,489,900 |
| May 17, 2016 | $171.04 | 5,064,900 |
| May 18, 2016 | $169.45 | 3,222,800 |
| May 19, 2016 | $168.51 | 2,423,100 |
| May 20, 2016 | $170.05 | 2,255,300 |
| May 23, 2016 | $169.77 | 1,627,200 |
| May 24, 2016 | $175.91 | 4,630,800 |
| May 25, 2016 | $176.71 | 3,567,500 |
| May 26, 2016 | $177.67 | 3,541,300 |

| | | |
|---|---|---|
| May 27, 2016 | $185.01 | 5,600,300 |
| May 31, 2016 | $178.54 | 24,063,000 |
| June 1, 2016 | $176.53 | 4,783,300 |
| June 2, 2016 | $175.64 | 3,210,400 |
| June 3, 2016 | $173.74 | 2,961,700 |
| June 6, 2016 | $174.62 | 1,873,000 |
| June 7, 2016 | $170.86 | 2,401,200 |
| June 8, 2016 | $168.71 | 2,484,800 |
| June 9, 2016 | $168.99 | 2,262,200 |
| June 10, 2016 | $164.28 | 2,446,800 |
| June 13, 2016 | $163.55 | 3,829,900 |
| June 14, 2016 | $160.84 | 10,154,400 |
| June 15, 2016 | $161.03 | 3,771,000 |
| June 16, 2016 | $165.52 | 4,452,800 |
| June 17, 2016 | $162.68 | 3,220,700 |
| June 20, 2016 | $166.53 | 3,463,500 |
| June 21, 2016 | $162.80 | 3,036,300 |
| June 22, 2016 | $162.22 | 2,778,600 |
| June 23, 2016 | $163.92 | 2,028,500 |
| June 24, 2016 | $159.12 | 3,182,300 |
| June 27, 2016 | $156.92 | 3,210,200 |
| June 28, 2016 | $160.41 | 2,171,900 |
| June 29, 2016 | $164.41 | 2,468,300 |
| June 30, 2016 | $165.15 | 1,809,300 |
| July 1, 2016 | $165.19 | 1,775,600 |
| July 5, 2016 | $161.87 | 2,365,000 |
| July 6, 2016 | $161.56 | 2,157,200 |
| July 7, 2016 | $163.42 | 2,013,900 |
| July 8, 2016 | $159.80 | 6,899,500 |
| July 11, 2016 | $167.03 | 4,073,100 |
| July 12, 2016 | $164.98 | 3,554,300 |
| July 13, 2016 | $164.16 | 2,320,800 |
| July 14, 2016 | $164.85 | 2,079,600 |
| July 15, 2016 | $162.74 | 2,378,100 |
| July 18, 2016 | $164.79 | 2,327,000 |
| July 19, 2016 | $161.19 | 4,350,800 |
| July 20, 2016 | $160.65 | 3,332,700 |
| July 21, 2016 | $161.40 | 2,358,000 |
| July 22, 2016 | $160.88 | 1,595,300 |
| July 25, 2016 | $160.25 | 2,920,800 |
| July 26, 2016 | $164.03 | 2,697,500 |
| July 27, 2016 | $165.50 | 2,036,300 |
| July 28, 2016 | $165.63 | 3,594,300 |
| July 29, 2016 | $159.60 | 7,858,300 |

2

| | | |
|---|---|---|
| August 1, 2016 | $163.23 | 4,264,000 |
| August 2, 2016 | $160.75 | 1,850,800 |
| August 3, 2016 | $162.24 | 1,740,700 |
| August 4, 2016 | $162.56 | 1,748,300 |
| August 5, 2016 | $167.38 | 2,991,500 |
| August 8, 2016 | $166.45 | 1,769,600 |
| August 9, 2016 | $165.54 | 1,298,600 |
| August 10, 2016 | $165.63 | 1,448,700 |
| August 11, 2016 | $167.72 | 1,550,800 |
| August 12, 2016 | $167.98 | 1,841,000 |
| August 15, 2016 | $172.95 | 3,448,600 |
| August 16, 2016 | $173.30 | 2,642,200 |
| August 17, 2016 | $172.73 | 2,426,900 |
| August 18, 2016 | $175.40 | 2,535,600 |
| August 19, 2016 | $177.53 | 2,906,700 |
| August 22, 2016 | $173.85 | 2,766,600 |
| August 23, 2016 | $173.49 | 1,803,800 |
| August 24, 2016 | $171.49 | 1,673,500 |
| August 25, 2016 | $172.85 | 1,340,600 |
| August 26, 2016 | $173.47 | 1,439,900 |
| August 29, 2016 | $173.65 | 1,655,200 |
| August 30, 2016 | $175.45 | 1,947,500 |
| August 31, 2016 | $171.07 | 3,050,300 |
| September 1, 2016 | $176.55 | 3,608,500 |
| September 2, 2016 | $177.78 | 2,139,600 |
| September 6, 2016 | $189.06 | 8,176,500 |
| September 7, 2016 | $189.15 | 4,264,600 |
| September 8, 2016 | $187.50 | 2,383,700 |
| September 9, 2016 | $182.10 | 3,597,400 |
| September 12, 2016 | $184.13 | 2,779,100 |
| September 13, 2016 | $181.90 | 2,413,100 |
| September 14, 2016 | $182.18 | 1,975,900 |
| September 15, 2016 | $186.50 | 2,109,700 |
| September 16, 2016 | $185.01 | 1,919,400 |
| September 19, 2016 | $184.74 | 1,910,800 |
| September 20, 2016 | $186.37 | 2,414,300 |
| September 21, 2016 | $196.03 | 5,742,200 |
| September 22, 2016 | $195.45 | 3,619,800 |
| September 23, 2016 | $191.72 | 3,253,000 |
| September 26, 2016 | $188.86 | 1,861,000 |
| September 27, 2016 | $190.83 | 1,606,100 |
| September 28, 2016 | $187.74 | 2,488,400 |
| September 29, 2016 | $182.23 | 3,628,100 |
| September 30, 2016 | $182.07 | 2,183,700 |

| | | |
|---|---|---|
| October 3, 2016 | $183.54 | 1,742,900 |
| October 4, 2016 | $184.08 | 2,132,200 |
| October 5, 2016 | $184.11 | 1,481,500 |
| October 6, 2016 | $181.52 | 1,757,200 |
| October 7, 2016 | $179.80 | 2,386,500 |
| October 10, 2016 | $181.49 | 1,308,700 |
| October 11, 2016 | $177.04 | 2,932,500 |
| October 12, 2016 | $175.41 | 2,165,300 |
| October 13, 2016 | $174.61 | 1,699,000 |
| October 14, 2016 | $175.51 | 1,800,000 |
| October 17, 2016 | $175.15 | 1,338,300 |
| October 18, 2016 | $175.65 | 1,627,100 |
| October 19, 2016 | $176.20 | 920,300 |
| October 20, 2016 | $175.17 | 1,543,000 |
| October 21, 2016 | $176.76 | 2,065,100 |
| October 24, 2016 | $180.86 | 2,077,200 |
| October 25, 2016 | $176.68 | 1,893,000 |
| October 26, 2016 | $172.82 | 2,426,500 |
| October 27, 2016 | $175.10 | 3,596,000 |
| October 28, 2016 | $179.59 | 6,649,200 |
| October 31, 2016 | $176.86 | 3,268,800 |
| November 1, 2016 | $173.49 | 2,875,000 |
| November 2, 2016 | $168.78 | 3,563,600 |
| November 3, 2016 | $168.57 | 2,457,500 |
| November 4, 2016 | $167.70 | 2,034,600 |
| November 7, 2016 | $171.56 | 2,305,800 |
| November 8, 2016 | $170.92 | 1,298,200 |
| November 9, 2016 | $168.66 | 3,060,900 |
| November 10, 2016 | $163.47 | 3,963,200 |
| November 11, 2016 | $162.95 | 3,004,100 |
| November 14, 2016 | $161.73 | 1,867,700 |
| November 15, 2016 | $164.44 | 1,784,800 |
| November 16, 2016 | $166.74 | 2,012,600 |
| November 17, 2016 | $166.21 | 1,471,600 |
| November 18, 2016 | $164.38 | 1,506,700 |
| November 21, 2016 | $165.69 | 1,291,100 |
| November 22, 2016 | $164.47 | 1,595,300 |
| November 23, 2016 | $163.63 | 1,421,200 |
| November 25, 2016 | $164.44 | 924,600 |
| November 28, 2016 | $167.00 | 2,219,500 |
| November 29, 2016 | $169.18 | 2,548,600 |
| November 30, 2016 | $166.95 | 2,579,700 |
| December 1, 2016 | $163.08 | 2,275,200 |
| December 2, 2016 | $161.67 | 1,948,900 |

| | | |
|---|---|---|
| December 5, 2016 | $164.32 | 1,413,600 |
| December 6, 2016 | $165.17 | 1,280,500 |
| December 7, 2016 | $169.33 | 1,857,100 |
| December 8, 2016 | $167.75 | 1,944,500 |
| December 9, 2016 | $170.82 | 2,375,800 |
| December 12, 2016 | $168.48 | 2,931,900 |
| December 13, 2016 | $171.46 | 3,170,500 |
| December 14, 2016 | $169.83 | 1,497,300 |
| December 15, 2016 | $165.78 | 2,031,800 |
| December 16, 2016 | $164.93 | 2,368,800 |
| December 19, 2016 | $163.69 | 1,927,900 |
| December 20, 2016 | $165.28 | 1,506,500 |
| December 21, 2016 | $163.92 | 1,342,800 |
| December 22, 2016 | $162.89 | 1,496,500 |
| December 23, 2016 | $163.62 | 1,049,000 |
| December 27, 2016 | $164.77 | 940,600 |
| December 28, 2016 | $165.54 | 1,670,200 |
| December 29, 2016 | $166.50 | 1,586,900 |
| December 30, 2016 | $164.41 | 1,503,000 |
| January 3, 2017 | $168.30 | 2,314,700 |
| January 4, 2017 | $171.96 | 2,033,200 |
| January 5, 2017 | $177.47 | 2,733,000 |
| January 6, 2017 | $176.38 | 2,254,700 |
| January 9, 2017 | $177.16 | 1,760,400 |
| January 10, 2017 | $180.31 | 2,922,300 |
| January 11, 2017 | $179.32 | 1,929,900 |
| January 12, 2017 | $177.57 | 2,680,100 |
| January 13, 2017 | $176.48 | 1,411,900 |
| January 17, 2017 | $176.96 | 2,073,200 |
| January 18, 2017 | $176.54 | 2,005,000 |
| January 19, 2017 | $176.09 | 1,430,500 |
| January 20, 2017 | $173.44 | 2,048,400 |
| January 23, 2017 | $175.97 | 2,100,600 |
| January 24, 2017 | $176.05 | 1,600,400 |
| January 25, 2017 | $176.61 | 2,122,000 |
| January 26, 2017 | $174.95 | 2,194,200 |
| January 27, 2017 | $174.10 | 1,575,700 |
| January 30, 2017 | $174.72 | 1,358,900 |
| January 31, 2017 | $175.07 | 1,325,800 |
| February 1, 2017 | $173.82 | 1,216,400 |
| February 2, 2017 | $173.40 | 962,600 |
| February 3, 2017 | $175.17 | 1,578,100 |
| February 6, 2017 | $177.81 | 2,320,900 |
| February 7, 2017 | $178.17 | 1,535,200 |

5

| February 8, 2017 | $181.50 | 2,114,200 |
|---|---|---|
| February 9, 2017 | $181.50 | 1,743,700 |
| February 10, 2017 | $183.99 | 2,149,800 |
| February 13, 2017 | $184.31 | 2,428,500 |
| February 14, 2017 | $182.77 | 1,932,000 |
| February 15, 2017 | $183.58 | 1,203,400 |
| February 16, 2017 | $184.94 | 2,301,500 |
| February 17, 2017 | $185.17 | 1,622,700 |
| February 21, 2017 | $185.62 | 3,465,400 |
| February 22, 2017 | $186.01 | 2,698,600 |
| February 23, 2017 | $184.64 | 3,812,900 |
| February 24, 2017 | $175.17 | 7,534,000 |
| February 27, 2017 | $172.97 | 3,520,700 |
| February 28, 2017 | $174.13 | 2,392,000 |
| March 1, 2017 | $175.33 | 1,799,100 |
| March 2, 2017 | $174.48 | 2,108,800 |
| March 3, 2017 | $173.79 | 1,115,700 |
| March 6, 2017 | $173.30 | 1,223,300 |
| March 7, 2017 | $173.74 | 1,366,200 |
| March 8, 2017 | $173.87 | 1,228,500 |
| March 9, 2017 | $173.32 | 1,943,400 |
| March 10, 2017 | $172.74 | 1,802,700 |
| March 13, 2017 | $173.25 | 1,549,400 |
| March 14, 2017 | $172.84 | 1,015,500 |
| March 15, 2017 | $172.04 | 2,651,300 |
| March 16, 2017 | $176.57 | 4,043,600 |
| March 17, 2017 | $176.62 | 2,017,400 |
| March 20, 2017 | $176.13 | 1,829,100 |
| March 21, 2017 | $171.40 | 3,351,300 |
| March 22, 2017 | $169.56 | 3,482,600 |
| March 23, 2017 | $169.61 | 2,847,700 |
| March 24, 2017 | $168.26 | 2,157,600 |
| March 27, 2017 | $168.93 | 2,047,800 |
| March 28, 2017 | $169.79 | 2,059,200 |
| March 29, 2017 | $170.66 | 1,510,600 |
| March 30, 2017 | $172.36 | 2,380,700 |
| March 31, 2017 | $172.52 | 2,537,000 |
| April 3, 2017 | $175.00 | 2,352,400 |
| April 4, 2017 | $175.20 | 1,899,200 |
| April 5, 2017 | $172.92 | 2,187,200 |
| April 6, 2017 | $173.38 | 2,057,900 |
| April 7, 2017 | $172.44 | 1,963,500 |
| April 10, 2017 | $174.22 | 1,701,000 |
| April 11, 2017 | $173.01 | 1,844,500 |

| | | |
|---|---|---|
| April 12, 2017 | $173.61 | 1,205,400 |
| April 13, 2017 | $172.61 | 1,336,700 |
| April 17, 2017 | $173.31 | 1,365,700 |
| April 18, 2017 | $174.47 | 1,806,600 |
| April 19, 2017 | $177.81 | 3,998,400 |
| April 20, 2017 | $178.64 | 2,478,500 |
| April 21, 2017 | $178.08 | 1,628,700 |
| April 24, 2017 | $180.03 | 1,908,400 |
| April 25, 2017 | $186.99 | 3,750,300 |
| April 26, 2017 | $186.67 | 2,895,000 |
| April 27, 2017 | $187.86 | 3,169,500 |
| April 28, 2017 | $180.23 | 7,429,400 |
| May 1, 2017 | $180.06 | 3,487,000 |
| May 2, 2017 | $178.64 | 2,431,500 |
| May 3, 2017 | $177.40 | 2,017,200 |
| May 4, 2017 | $176.71 | 2,128,900 |
| May 5, 2017 | $178.03 | 2,328,200 |
| May 8, 2017 | $177.47 | 2,407,900 |
| May 9, 2017 | $182.98 | 3,479,400 |
| May 10, 2017 | $183.57 | 2,868,100 |
| May 11, 2017 | $186.60 | 3,211,500 |
| May 12, 2017 | $186.83 | 1,816,600 |
| May 15, 2017 | $186.14 | 1,993,000 |
| May 16, 2017 | $190.64 | 3,926,600 |
| May 17, 2017 | $186.05 | 3,586,900 |
| May 18, 2017 | $182.43 | 4,685,700 |
| May 19, 2017 | $188.76 | 3,863,900 |
| May 22, 2017 | $191.69 | 2,921,500 |
| May 23, 2017 | $191.80 | 2,147,900 |
| May 24, 2017 | $190.63 | 2,804,800 |
| May 25, 2017 | $191.95 | 2,175,400 |
| May 26, 2017 | $190.39 | 1,567,700 |
| May 30, 2017 | $189.88 | 1,915,000 |
| May 31, 2017 | $186.10 | 3,396,400 |
| June 1, 2017 | $187.26 | 2,071,200 |
| June 2, 2017 | $187.60 | 1,192,500 |
| June 5, 2017 | $187.31 | 1,424,800 |
| June 6, 2017 | $185.75 | 2,080,600 |
| June 7, 2017 | $187.53 | 2,451,900 |
| June 8, 2017 | $185.75 | 4,895,000 |
| June 9, 2017 | $181.07 | 4,089,200 |
| June 12, 2017 | $180.06 | 3,057,800 |
| June 13, 2017 | $179.19 | 2,571,200 |
| June 14, 2017 | $178.20 | 2,142,800 |

| | | |
|---|---|---|
| June 15, 2017 | $176.33 | 2,718,400 |
| June 16, 2017 | $173.88 | 2,497,100 |
| June 19, 2017 | $176.93 | 2,510,700 |
| June 20, 2017 | $177.85 | 1,763,400 |
| June 21, 2017 | $180.17 | 2,074,900 |
| June 22, 2017 | $179.33 | 1,751,200 |
| June 23, 2017 | $178.14 | 1,765,200 |
| June 26, 2017 | $178.46 | 2,062,200 |
| June 27, 2017 | $175.60 | 2,529,400 |
| June 28, 2017 | $178.00 | 2,635,100 |
| June 29, 2017 | $179.63 | 3,128,000 |
| June 30, 2017 | $178.86 | 2,083,700 |
| July 3, 2017 | $179.97 | 1,917,200 |
| July 5, 2017 | $183.83 | 4,449,600 |
| July 6, 2017 | $181.79 | 2,415,300 |
| July 7, 2017 | $181.40 | 1,444,500 |
| July 10, 2017 | $182.93 | 1,467,000 |
| July 11, 2017 | $184.41 | 1,541,300 |
| July 12, 2017 | $186.76 | 1,897,100 |
| July 13, 2017 | $186.92 | 2,229,700 |
| July 14, 2017 | $188.55 | 1,664,900 |
| July 17, 2017 | $188.23 | 2,800,900 |
| July 18, 2017 | $189.51 | 1,779,100 |
| July 19, 2017 | $190.91 | 2,137,400 |
| July 20, 2017 | $191.32 | 1,571,300 |
| July 21, 2017 | $193.18 | 1,856,800 |
| July 24, 2017 | $198.65 | 3,927,700 |
| July 25, 2017 | $197.05 | 2,926,200 |
| July 26, 2017 | $201.17 | 3,493,000 |
| July 27, 2017 | $201.00 | 5,326,400 |
| July 28, 2017 | $220.00 | 12,591,500 |
| July 31, 2017 | $226.35 | 8,565,200 |
| August 1, 2017 | $225.60 | 4,342,200 |
| August 2, 2017 | $221.96 | 3,689,400 |
| August 3, 2017 | $227.39 | 3,434,900 |
| August 4, 2017 | $226.05 | 3,521,100 |
| August 7, 2017 | $227.16 | 2,998,400 |
| August 8, 2017 | $229.45 | 4,022,100 |
| August 9, 2017 | $230.30 | 2,514,600 |
| August 10, 2017 | $222.57 | 4,169,100 |
| August 11, 2017 | $223.49 | 3,329,900 |
| August 14, 2017 | $223.69 | 2,447,800 |
| August 15, 2017 | $225.33 | 2,140,400 |
| August 16, 2017 | $226.14 | 2,214,000 |

| | | |
|---|---|---|
| August 17, 2017 | $221.05 | 2,654,500 |
| August 18, 2017 | $220.69 | 3,056,100 |
| August 21, 2017 | $222.48 | 2,733,900 |
| August 22, 2017 | $226.11 | 2,463,900 |
| August 23, 2017 | $224.99 | 1,838,200 |
| August 24, 2017 | $224.86 | 2,151,500 |
| August 25, 2017 | $225.55 | 2,449,100 |
| August 28, 2017 | $219.99 | 3,002,400 |
| August 29, 2017 | $220.69 | 2,033,700 |
| August 30, 2017 | $223.88 | 1,867,700 |
| August 31, 2017 | $228.05 | 2,422,000 |
| September 1, 2017 | $232.64 | 2,657,500 |
| September 5, 2017 | $225.30 | 3,158,500 |
| September 6, 2017 | $226.97 | 2,003,100 |
| September 7, 2017 | $233.18 | 2,477,200 |
| September 8, 2017 | $229.23 | 1,833,600 |
| September 11, 2017 | $233.50 | 2,244,800 |
| September 12, 2017 | $237.60 | 2,411,700 |
| September 13, 2017 | $236.41 | 2,767,700 |
| September 14, 2017 | $237.33 | 2,511,600 |
| September 15, 2017 | $235.21 | 5,230,300 |
| September 18, 2017 | $239.07 | 2,972,500 |
| September 19, 2017 | $237.85 | 2,339,400 |
| September 20, 2017 | $237.96 | 2,008,500 |
| September 21, 2017 | $238.92 | 2,010,500 |
| September 22, 2017 | $240.57 | 1,922,400 |
| September 25, 2017 | $234.49 | 3,487,400 |
| September 26, 2017 | $236.19 | 2,392,400 |
| September 27, 2017 | $239.82 | 2,158,600 |
| September 28, 2017 | $241.28 | 1,957,500 |
| September 29, 2017 | $247.69 | 3,402,400 |
| October 2, 2017 | $248.67 | 2,322,300 |
| October 3, 2017 | $247.00 | 2,000,700 |
| October 4, 2017 | $243.97 | 1,755,200 |
| October 5, 2017 | $245.27 | 2,157,200 |
| October 6, 2017 | $247.69 | 1,342,800 |
| October 9, 2017 | $252.22 | 2,405,400 |
| October 10, 2017 | $262.41 | 4,294,500 |
| October 11, 2017 | $260.32 | 2,797,500 |
| October 12, 2017 | $259.33 | 2,185,600 |
| October 13, 2017 | $262.68 | 2,111,000 |
| October 16, 2017 | $272.82 | 3,620,200 |
| October 17, 2017 | $270.32 | 3,191,100 |
| October 18, 2017 | $268.97 | 2,158,600 |

| | | |
|---|---|---|
| October 19, 2017 | $264.52 | 2,982,900 |
| October 20, 2017 | $264.90 | 2,115,500 |
| October 23, 2017 | $266.13 | 2,018,000 |
| October 24, 2017 | $264.00 | 1,642,800 |
| October 25, 2017 | $263.04 | 3,120,800 |
| October 26, 2017 | $260.62 | 3,780,100 |
| October 27, 2017 | $239.37 | 10,851,300 |
| October 30, 2017 | $236.42 | 5,107,700 |
| October 31, 2017 | $243.94 | 3,758,200 |
| November 1, 2017 | $245.43 | 3,619,000 |
| November 2, 2017 | $242.09 | 2,581,800 |
| November 3, 2017 | $241.54 | 1,623,100 |
| November 6, 2017 | $244.53 | 1,835,100 |
| November 7, 2017 | $243.47 | 1,633,500 |
| November 8, 2017 | $241.18 | 2,088,900 |
| November 9, 2017 | $240.06 | 2,565,400 |
| November 10, 2017 | $237.40 | 1,720,500 |
| November 13, 2017 | $237.37 | 1,712,900 |
| November 14, 2017 | $234.92 | 1,563,700 |
| November 15, 2017 | $234.21 | 2,657,200 |
| November 16, 2017 | $239.32 | 2,265,600 |
| November 17, 2017 | $239.27 | 2,227,800 |
| November 20, 2017 | $238.54 | 2,079,600 |
| November 21, 2017 | $244.30 | 2,594,800 |
| November 22, 2017 | $249.65 | 3,478,300 |
| November 24, 2017 | $249.42 | 1,610,900 |
| November 27, 2017 | $247.02 | 2,018,800 |
| November 28, 2017 | $244.03 | 2,343,800 |
| November 29, 2017 | $235.49 | 3,531,600 |
| November 30, 2017 | $238.58 | 3,127,900 |
| December 1, 2017 | $235.07 | 2,386,700 |
| December 4, 2017 | $229.66 | 3,327,000 |
| December 5, 2017 | $231.75 | 2,874,900 |
| December 6, 2017 | $231.15 | 2,112,500 |
| December 7, 2017 | $233.01 | 1,791,500 |
| December 8, 2017 | $234.59 | 2,151,500 |
| December 11, 2017 | $233.54 | 1,996,900 |
| December 12, 2017 | $232.73 | 1,911,700 |
| December 13, 2017 | $233.24 | 2,219,200 |
| December 14, 2017 | $231.82 | 2,860,100 |
| December 15, 2017 | $233.48 | 5,249,200 |
| December 18, 2017 | $240.93 | 2,073,300 |
| December 19, 2017 | $235.62 | 2,724,600 |
| December 20, 2017 | $233.37 | 1,749,100 |

| | | |
|---|---|---|
| December 21, 2017 | $239.49 | 2,108,600 |
| December 22, 2017 | $239.05 | 1,309,000 |
| December 26, 2017 | $237.83 | 1,290,500 |
| December 27, 2017 | $237.71 | 930,300 |
| December 28, 2017 | $234.74 | 1,006,500 |
| December 29, 2017 | $234.21 | 1,136,400 |
| January 2, 2018 | $242.40 | 2,690,400 |
| January 3, 2018 | $245.55 | 1,906,200 |
| January 4, 2018 | $245.73 | 1,575,700 |
| January 5, 2018 | $245.14 | 2,604,000 |
| January 8, 2018 | $250.82 | 2,416,900 |
| January 9, 2018 | $254.73 | 2,619,600 |
| January 10, 2018 | $248.95 | 2,185,600 |
| January 11, 2018 | $250.22 | 1,732,700 |
| January 12, 2018 | $253.04 | 3,040,800 |
| January 16, 2018 | $257.78 | 4,102,700 |
| January 17, 2018 | $255.49 | 2,217,700 |
| January 18, 2018 | $254.96 | 2,041,900 |
| January 19, 2018 | $255.98 | 1,846,200 |
| January 22, 2018 | $254.34 | 2,301,700 |
| January 23, 2018 | $257.35 | 2,244,400 |
| January 24, 2018 | $257.96 | 2,865,400 |
| January 25, 2018 | $254.14 | 2,192,100 |
| January 26, 2018 | $260.25 | 2,396,400 |
| January 29, 2018 | $253.73 | 3,344,800 |
| January 30, 2018 | $244.07 | 4,629,800 |
| January 31, 2018 | $246.92 | 3,644,000 |
| February 1, 2018 | $240.53 | 2,771,200 |
| February 2, 2018 | $233.17 | 3,330,600 |
| February 5, 2018 | $225.32 | 3,956,600 |
| February 6, 2018 | $228.77 | 5,054,200 |
| February 7, 2018 | $222.50 | 2,418,300 |
| February 8, 2018 | $212.07 | 4,157,900 |
| February 9, 2018 | $215.67 | 4,769,400 |
| February 12, 2018 | $221.64 | 3,085,800 |
| February 13, 2018 | $225.60 | 4,713,900 |
| February 14, 2018 | $235.89 | 7,950,200 |
| February 15, 2018 | $248.20 | 5,593,200 |
| February 16, 2018 | $244.72 | 2,198,700 |
| February 20, 2018 | $245.43 | 2,223,800 |
| February 21, 2018 | $246.92 | 2,419,200 |
| February 22, 2018 | $249.35 | 2,355,400 |
| February 23, 2018 | $250.74 | 1,791,200 |
| February 26, 2018 | $256.25 | 2,596,500 |

| Date | Price | Volume |
|---|---|---|
| February 27, 2018 | $250.46 | 2,696,900 |
| February 28, 2018 | $252.34 | 2,672,700 |
| March 1, 2018 | $249.75 | 3,005,200 |
| March 2, 2018 | $250.60 | 2,433,500 |
| March 5, 2018 | $254.89 | 2,272,000 |
| March 6, 2018 | $258.73 | 2,600,600 |
| March 7, 2018 | $257.26 | 1,662,100 |
| March 8, 2018 | $257.14 | 2,285,400 |
| March 9, 2018 | $263.56 | 3,757,800 |
| March 12, 2018 | $265.67 | 2,576,300 |
| March 13, 2018 | $258.35 | 2,566,700 |
| March 14, 2018 | $259.35 | 2,346,000 |
| March 15, 2018 | $262.71 | 2,506,800 |
| March 16, 2018 | $262.39 | 4,646,100 |
| March 19, 2018 | $252.83 | 3,095,100 |
| March 20, 2018 | $254.46 | 2,361,500 |
| March 21, 2018 | $250.05 | 2,643,200 |
| March 22, 2018 | $236.11 | 5,101,300 |
| March 23, 2018 | $230.08 | 3,980,300 |
| March 26, 2018 | $235.94 | 3,331,000 |
| March 27, 2018 | $230.96 | 3,135,800 |
| March 28, 2018 | $223.10 | 4,251,400 |
| March 29, 2018 | $223.19 | 3,787,400 |
| April 2, 2018 | $220.06 | 2,693,400 |
| April 3, 2018 | $220.02 | 2,347,800 |
| April 4, 2018 | $224.30 | 4,102,900 |
| April 5, 2018 | $225.57 | 2,103,800 |
| April 6, 2018 | $219.82 | 1,741,700 |
| April 9, 2018 | $224.33 | 2,280,100 |
| April 10, 2018 | $231.50 | 2,622,200 |
| April 11, 2018 | $229.65 | 1,383,000 |
| April 12, 2018 | $231.34 | 1,217,400 |
| April 13, 2018 | $228.17 | 1,647,000 |
| April 16, 2018 | $229.90 | 1,913,800 |
| April 17, 2018 | $235.67 | 2,282,100 |
| April 18, 2018 | $237.75 | 2,039,200 |
| April 19, 2018 | $237.11 | 1,737,900 |
| April 20, 2018 | $232.50 | 2,280,200 |
| April 23, 2018 | $231.42 | 1,534,400 |
| April 24, 2018 | $231.41 | 2,220,100 |
| April 25, 2018 | $231.41 | 2,256,400 |
| April 26, 2018 | $238.69 | 3,899,600 |
| April 27, 2018 | $251.93 | 8,015,600 |
| April 30, 2018 | $250.90 | 4,269,500 |

| May 1, 2018 | $252.13 | 2,471,100 |
|---|---|---|
| May 2, 2018 | $249.80 | 3,058,000 |
| May 3, 2018 | $252.46 | 2,728,200 |
| May 4, 2018 | $251.73 | 2,697,100 |
| May 7, 2018 | $253.90 | 3,049,400 |
| May 8, 2018 | $263.09 | 3,601,500 |
| May 9, 2018 | $261.29 | 2,302,700 |
| May 10, 2018 | $268.68 | 3,070,500 |
| May 11, 2018 | $269.91 | 2,243,200 |
| May 14, 2018 | $272.26 | 3,283,100 |
| May 15, 2018 | $271.92 | 2,301,900 |
| May 16, 2018 | $284.07 | 3,619,800 |
| May 17, 2018 | $279.68 | 3,241,300 |
| May 18, 2018 | $253.01 | 16,046,300 |
| May 21, 2018 | $240.51 | 15,249,700 |
| May 22, 2018 | $239.97 | 7,133,700 |
| May 23, 2018 | $240.39 | 5,038,400 |
| May 24, 2018 | $240.28 | 4,782,400 |
| May 25, 2018 | $243.80 | 5,296,300 |
| May 29, 2018 | $242.05 | 3,632,400 |
| May 30, 2018 | $241.63 | 3,149,000 |
| May 31, 2018 | $242.56 | 4,405,300 |
| June 1, 2018 | $248.46 | 4,547,300 |
| June 4, 2018 | $260.90 | 5,631,700 |
| June 5, 2018 | $259.98 | 4,978,000 |
| June 6, 2018 | $263.94 | 3,379,500 |
| June 7, 2018 | $264.89 | 3,649,200 |
| June 8, 2018 | $263.59 | 3,116,600 |
| June 11, 2018 | $269.78 | 2,767,500 |
| June 12, 2018 | $267.42 | 3,288,700 |
| June 13, 2018 | $270.00 | 2,670,900 |
| June 14, 2018 | $270.64 | 3,116,400 |
| June 15, 2018 | $272.97 | 5,914,600 |
| June 18, 2018 | $268.89 | 3,662,900 |
| June 19, 2018 | $262.11 | 4,294,200 |
| June 20, 2018 | $264.06 | 2,876,500 |
| June 21, 2018 | $260.50 | 3,249,100 |
| June 22, 2018 | $259.00 | 3,027,600 |
| June 25, 2018 | $250.41 | 3,988,900 |
| June 26, 2018 | $250.77 | 2,401,900 |
| June 27, 2018 | $243.00 | 4,401,400 |
| June 28, 2018 | $242.21 | 6,468,300 |
| June 29, 2018 | $243.00 | 3,652,300 |
| July 2, 2018 | $246.25 | 2,319,600 |

| | | |
|---|---|---|
| July 3, 2018 | $246.43 | 2,298,800 |
| July 5, 2018 | $244.07 | 2,972,000 |
| July 6, 2018 | $251.77 | 3,919,700 |
| July 9, 2018 | $261.97 | 4,233,700 |
| July 10, 2018 | $261.25 | 1,932,900 |
| July 11, 2018 | $261.25 | 2,651,400 |
| July 12, 2018 | $271.45 | 3,966,100 |
| July 13, 2018 | $267.19 | 2,532,700 |
| July 16, 2018 | $267.08 | 1,514,400 |
| July 17, 2018 | $270.02 | 2,674,000 |
| July 18, 2018 | $269.42 | 2,036,600 |
| July 19, 2018 | $262.42 | 2,393,200 |
| July 20, 2018 | $259.98 | 2,213,400 |
| July 23, 2018 | $260.38 | 1,708,800 |
| July 24, 2018 | $256.48 | 2,749,200 |
| July 25, 2018 | $262.91 | 2,646,000 |
| July 26, 2018 | $260.35 | 2,063,200 |
| July 27, 2018 | $255.09 | 2,310,300 |
| July 30, 2018 | $251.40 | 2,562,500 |
| July 31, 2018 | $247.18 | 4,478,300 |
| August 1, 2018 | $228.07 | 14,002,700 |
| August 2, 2018 | $230.46 | 6,600,200 |
| August 3, 2018 | $235.65 | 5,834,600 |
| August 6, 2018 | $232.96 | 3,720,200 |
| August 7, 2018 | $226.67 | 7,892,300 |
| August 8, 2018 | $222.00 | 5,162,000 |
| August 9, 2018 | $219.89 | 3,512,600 |
| August 10, 2018 | $220.10 | 3,351,700 |
| August 13, 2018 | $217.57 | 2,500,500 |
| August 14, 2018 | $216.21 | 3,194,100 |
| August 15, 2018 | $213.47 | 4,260,700 |
| August 16, 2018 | $217.30 | 4,338,300 |
| August 17, 2018 | $222.67 | 5,498,000 |
| August 20, 2018 | $223.71 | 3,228,500 |
| August 21, 2018 | $223.13 | 2,292,200 |
| August 22, 2018 | $223.03 | 1,734,300 |
| August 23, 2018 | $219.30 | 2,903,100 |
| August 24, 2018 | $224.36 | 2,813,500 |
| August 27, 2018 | $228.61 | 3,107,400 |
| August 28, 2018 | $225.72 | 2,188,300 |
| August 29, 2018 | $225.87 | 1,454,000 |
| August 30, 2018 | $224.25 | 2,352,200 |
| August 31, 2018 | $226.48 | 2,021,100 |
| September 4, 2018 | $222.18 | 2,244,100 |

| | | |
|---|---|---|
| September 5, 2018 | $216.24 | 2,460,000 |
| September 6, 2018 | $215.05 | 2,228,200 |
| September 7, 2018 | $216.04 | 2,489,700 |
| September 10, 2018 | $213.59 | 2,144,500 |
| September 11, 2018 | $216.10 | 2,201,900 |
| September 12, 2018 | $218.69 | 3,018,200 |
| September 13, 2018 | $222.42 | 2,856,400 |
| September 14, 2018 | $220.03 | 2,198,300 |
| September 17, 2018 | $217.66 | 2,159,700 |
| September 18, 2018 | $216.88 | 2,116,300 |
| September 19, 2018 | $226.41 | 3,620,400 |
| September 20, 2018 | $230.62 | 3,108,200 |
| September 21, 2018 | $228.85 | 3,506,000 |
| September 24, 2018 | $226.63 | 1,527,400 |
| September 25, 2018 | $226.60 | 1,720,800 |
| September 26, 2018 | $228.42 | 2,716,100 |
| September 27, 2018 | $230.47 | 1,978,200 |
| September 28, 2018 | $228.68 | 1,817,700 |
| October 1, 2018 | $227.40 | 1,199,500 |
| October 2, 2018 | $218.90 | 3,944,700 |
| October 3, 2018 | $216.35 | 2,403,200 |
| October 4, 2018 | $210.07 | 4,032,600 |
| October 5, 2018 | $205.62 | 3,951,600 |
| October 8, 2018 | $203.98 | 3,390,200 |
| October 9, 2018 | $200.85 | 3,134,900 |
| October 10, 2018 | $194.26 | 4,555,000 |
| October 11, 2018 | $198.00 | 4,601,200 |
| October 12, 2018 | $204.36 | 3,889,100 |
| October 15, 2018 | $200.12 | 1,840,900 |
| October 16, 2018 | $203.21 | 2,400,700 |
| October 17, 2018 | $200.72 | 1,736,100 |
| October 18, 2018 | $191.88 | 4,594,000 |
| October 19, 2018 | $191.92 | 2,911,700 |
| October 22, 2018 | $196.19 | 2,795,700 |
| October 23, 2018 | $193.42 | 3,370,000 |
| October 24, 2018 | $184.47 | 3,854,500 |
| October 25, 2018 | $190.43 | 2,775,300 |
| October 26, 2018 | $188.51 | 2,903,700 |
| October 29, 2018 | $181.75 | 4,276,800 |
| October 30, 2018 | $183.37 | 5,078,000 |
| October 31, 2018 | $190.06 | 6,319,900 |
| November 1, 2018 | $201.47 | 6,436,200 |
| November 2, 2018 | $194.69 | 4,683,800 |
| November 5, 2018 | $190.59 | 3,222,200 |

| | | |
|---|---|---|
| November 6, 2018 | $192.44 | 1,812,800 |
| November 7, 2018 | $195.41 | 2,063,300 |
| November 8, 2018 | $188.55 | 2,476,300 |
| November 9, 2018 | $183.75 | 2,928,300 |
| November 12, 2018 | $180.43 | 2,290,700 |
| November 13, 2018 | $183.34 | 2,968,400 |
| November 14, 2018 | $185.06 | 2,429,900 |
| November 15, 2018 | $188.41 | 2,224,100 |
| November 16, 2018 | $186.95 | 1,624,500 |
| November 19, 2018 | $183.09 | 2,665,500 |
| November 20, 2018 | $177.48 | 3,485,600 |
| November 21, 2018 | $183.95 | 2,704,200 |
| November 23, 2018 | $182.61 | 1,266,300 |
| November 26, 2018 | $185.19 | 1,860,600 |
| November 27, 2018 | $182.79 | 2,685,100 |
| November 28, 2018 | $188.44 | 3,337,600 |
| November 29, 2018 | $183.22 | 3,409,400 |
| November 30, 2018 | $188.28 | 2,939,600 |
| December 3, 2018 | $191.33 | 3,639,200 |
| December 4, 2018 | $182.66 | 4,593,400 |
| December 6, 2018 | $180.70 | 4,346,300 |
| December 7, 2018 | $179.56 | 2,854,500 |
| December 10, 2018 | $179.20 | 1,947,000 |
| December 11, 2018 | $176.85 | 3,131,700 |
| December 12, 2018 | $179.75 | 2,784,100 |
| December 13, 2018 | $179.90 | 1,797,800 |
| December 14, 2018 | $177.54 | 2,075,000 |
| December 17, 2018 | $169.86 | 4,193,400 |
| December 18, 2018 | $167.61 | 2,953,700 |
| December 19, 2018 | $162.48 | 3,970,000 |
| December 20, 2018 | $160.36 | 4,152,200 |
| December 21, 2018 | $157.42 | 4,934,300 |
| December 24, 2018 | $157.12 | 2,354,000 |
| December 26, 2018 | $163.04 | 2,689,900 |
| December 27, 2018 | $161.58 | 2,639,500 |
| December 28, 2018 | $162.17 | 2,148,200 |
| December 31, 2018 | $158.60 | 2,487,600 |
| January 2, 2019 | $162.25 | 2,997,000 |
| January 3, 2019 | $154.71 | 3,879,200 |
| January 4, 2019 | $160.95 | 3,847,500 |
| January 7, 2019 | $162.60 | 3,266,100 |
| January 8, 2019 | $163.40 | 3,253,400 |
| January 9, 2019 | $166.64 | 3,391,500 |
| January 10, 2019 | $168.35 | 2,135,400 |

| | | |
|---|---|---|
| January 11, 2019 | $166.11 | 2,340,400 |
| January 14, 2019 | $163.03 | 1,786,800 |
| January 15, 2019 | $167.93 | 2,364,000 |
| January 16, 2019 | $169.75 | 2,102,000 |
| January 17, 2019 | $168.11 | 3,119,500 |
| January 18, 2019 | $171.36 | 3,239,400 |
| January 22, 2019 | $160.39 | 7,087,600 |
| January 23, 2019 | $163.26 | 4,427,800 |
| January 24, 2019 | $162.70 | 2,921,900 |
| January 25, 2019 | $167.10 | 2,985,900 |
| January 28, 2019 | $167.50 | 2,027,500 |
| January 29, 2019 | $165.27 | 1,469,600 |
| January 30, 2019 | $169.34 | 2,415,100 |
| January 31, 2019 | $172.63 | 3,320,400 |
| February 1, 2019 | $171.27 | 2,053,900 |
| February 4, 2019 | $173.94 | 1,584,100 |
| February 5, 2019 | $176.23 | 1,534,200 |
| February 6, 2019 | $173.85 | 1,247,500 |
| February 7, 2019 | $171.58 | 1,982,700 |
| February 8, 2019 | $169.90 | 2,121,900 |
| February 11, 2019 | $168.06 | 2,781,700 |
| February 12, 2019 | $170.25 | 2,396,700 |
| February 13, 2019 | $173.82 | 2,549,100 |
| February 14, 2019 | $174.08 | 2,017,200 |
| February 15, 2019 | $170.06 | 3,444,700 |
| February 19, 2019 | $172.45 | 3,155,800 |
| February 20, 2019 | $171.18 | 4,040,500 |
| February 21, 2019 | $171.81 | 4,202,800 |
| February 22, 2019 | $167.17 | 9,233,500 |
| February 25, 2019 | $165.00 | 5,832,300 |
| February 26, 2019 | $161.98 | 4,829,400 |
| February 27, 2019 | $162.17 | 3,705,100 |
| February 28, 2019 | $162.54 | 3,412,200 |
| March 1, 2019 | $162.09 | 2,656,200 |
| March 4, 2019 | $160.92 | 4,323,000 |
| March 5, 2019 | $167.74 | 5,799,400 |
| March 6, 2019 | $170.24 | 5,133,300 |
| March 7, 2019 | $165.72 | 3,247,900 |
| March 8, 2019 | $163.65 | 2,635,000 |
| March 11, 2019 | $166.96 | 2,176,600 |
| March 12, 2019 | $166.99 | 1,833,000 |
| March 13, 2019 | $168.17 | 2,432,200 |
| March 14, 2019 | $167.74 | 2,268,600 |
| March 15, 2019 | $170.48 | 2,980,600 |

| | | |
|---|---|---|
| March 18, 2019 | $171.17 | 2,130,400 |
| March 19, 2019 | $170.73 | 1,668,100 |
| March 20, 2019 | $170.17 | 2,052,600 |
| March 21, 2019 | $171.77 | 2,104,500 |
| March 22, 2019 | $166.73 | 2,264,400 |
| March 25, 2019 | $166.88 | 1,623,400 |
| March 26, 2019 | $167.20 | 1,854,800 |
| March 27, 2019 | $164.29 | 2,602,400 |
| March 28, 2019 | $164.11 | 1,712,500 |
| March 29, 2019 | $164.85 | 2,695,100 |
| April 1, 2019 | $170.40 | 4,654,900 |
| April 2, 2019 | $170.98 | 2,519,700 |
| April 3, 2019 | $174.91 | 3,722,500 |
| April 4, 2019 | $179.13 | 3,963,500 |
| April 5, 2019 | $181.55 | 2,929,500 |
| April 8, 2019 | $184.77 | 3,913,500 |
| April 9, 2019 | $181.00 | 3,014,900 |
| April 10, 2019 | $177.04 | 4,180,500 |
| April 11, 2019 | $171.20 | 3,921,800 |
| April 12, 2019 | $173.09 | 3,271,100 |
| April 15, 2019 | $168.67 | 3,812,600 |
| April 16, 2019 | $170.28 | 2,118,800 |
| April 17, 2019 | $170.33 | 2,850,100 |
| April 18, 2019 | $171.02 | 1,974,800 |
| April 22, 2019 | $169.37 | 2,080,900 |
| April 23, 2019 | $173.29 | 2,821,700 |
| April 24, 2019 | $169.30 | 3,244,900 |
| April 25, 2019 | $167.93 | 2,936,900 |
| April 26, 2019 | $166.12 | 3,706,200 |
| April 29, 2019 | $165.85 | 2,985,000 |
| April 30, 2019 | $166.23 | 2,609,400 |
| May 1, 2019 | $165.42 | 1,905,100 |
| May 2, 2019 | $166.24 | 1,856,600 |
| May 3, 2019 | $167.04 | 2,232,600 |
| May 6, 2019 | $164.50 | 3,303,300 |
| May 7, 2019 | $162.13 | 2,954,700 |
| May 8, 2019 | $159.58 | 4,665,500 |
| May 9, 2019 | $158.70 | 4,238,800 |
| May 10, 2019 | $156.75 | 3,210,100 |
| May 13, 2019 | $151.54 | 5,324,700 |
| May 14, 2019 | $152.39 | 3,579,700 |
| May 15, 2019 | $152.50 | 3,072,600 |
| May 16, 2019 | $153.70 | 4,935,400 |
| May 17, 2019 | $128.31 | 29,287,200 |

| | | |
|---|---|---|
| May 20, 2019 | $117.55 | 18,045,200 |
| May 21, 2019 | $120.49 | 9,091,600 |
| May 22, 2019 | $118.40 | 5,411,200 |
| May 23, 2019 | $113.46 | 7,085,800 |
| May 24, 2019 | $114.47 | 4,902,900 |
| May 28, 2019 | $114.14 | 4,576,400 |
| May 29, 2019 | $112.95 | 5,168,700 |
| May 30, 2019 | $111.82 | 4,006,700 |
| May 31, 2019 | $110.00 | 5,167,300 |
| June 3, 2019 | $107.78 | 5,739,900 |
| June 4, 2019 | $111.43 | 4,998,600 |
| June 5, 2019 | $109.14 | 4,789,200 |
| June 6, 2019 | $108.89 | 2,478,200 |
| June 7, 2019 | $109.81 | 2,581,200 |
| June 10, 2019 | $111.76 | 4,346,100 |
| June 11, 2019 | $115.37 | 6,438,400 |
| June 12, 2019 | $113.09 | 3,384,100 |
| June 13, 2019 | $114.01 | 3,080,900 |
| June 14, 2019 | $113.08 | 4,320,200 |
| June 17, 2019 | $114.33 | 2,954,000 |
| June 18, 2019 | $116.95 | 4,134,800 |
| June 19, 2019 | $117.80 | 4,102,700 |
| June 20, 2019 | $118.30 | 3,466,300 |
| June 21, 2019 | $116.91 | 3,920,500 |
| June 24, 2019 | $116.70 | 1,770,900 |
| June 25, 2019 | $113.26 | 3,450,000 |
| June 26, 2019 | $115.77 | 3,639,500 |
| June 27, 2019 | $116.04 | 2,003,800 |
| June 28, 2019 | $117.36 | 3,446,300 |
| July 1, 2019 | $118.01 | 3,723,700 |
| July 2, 2019 | $119.35 | 2,553,300 |
| July 3, 2019 | $118.56 | 2,457,600 |
| July 5, 2019 | $116.29 | 3,032,100 |
| July 8, 2019 | $113.20 | 3,317,300 |
| July 9, 2019 | $114.80 | 2,129,700 |
| July 10, 2019 | $114.40 | 2,525,200 |
| July 11, 2019 | $114.75 | 1,755,100 |
| July 12, 2019 | $114.90 | 2,564,900 |
| July 15, 2019 | $115.63 | 2,396,500 |
| July 16, 2019 | $114.23 | 2,591,600 |
| July 17, 2019 | $113.58 | 2,001,500 |
| July 18, 2019 | $111.79 | 3,903,400 |
| July 19, 2019 | $112.25 | 3,296,800 |
| July 22, 2019 | $111.70 | 2,330,600 |

| Date | Price | Volume |
|---|---|---|
| July 23, 2019 | $115.14 | 4,423,900 |
| July 24, 2019 | $116.38 | 3,820,500 |
| July 25, 2019 | $114.47 | 2,079,100 |
| July 26, 2019 | $114.22 | 1,676,300 |
| July 29, 2019 | $113.45 | 2,545,600 |
| July 30, 2019 | $112.75 | 2,973,600 |
| July 31, 2019 | $111.70 | 2,807,200 |
| August 1, 2019 | $109.21 | 5,218,700 |
| August 2, 2019 | $107.76 | 3,394,200 |
| August 5, 2019 | $100.15 | 6,951,600 |
| August 6, 2019 | $99.68 | 5,316,500 |
| August 7, 2019 | $99.19 | 3,779,400 |
| August 8, 2019 | $99.89 | 3,561,300 |
| August 9, 2019 | $97.36 | 3,009,600 |
| August 12, 2019 | $95.08 | 3,062,700 |
| August 13, 2019 | $97.38 | 4,352,900 |
| August 14, 2019 | $94.85 | 4,708,700 |
| August 15, 2019 | $94.35 | 3,674,500 |
| August 16, 2019 | $96.70 | 5,845,100 |
| August 19, 2019 | $104.22 | 11,547,300 |
| August 20, 2019 | $108.72 | 14,239,300 |
| August 21, 2019 | $107.90 | 6,463,600 |
| August 22, 2019 | $105.45 | 5,927,000 |
| August 23, 2019 | $101.85 | 6,122,100 |
| August 26, 2019 | $103.80 | 3,119,700 |
| August 27, 2019 | $103.84 | 3,530,400 |
| August 28, 2019 | $103.59 | 2,650,700 |
| August 29, 2019 | $104.83 | 2,906,800 |
| August 30, 2019 | $104.47 | 2,441,000 |
| September 3, 2019 | $102.56 | 2,279,000 |
| September 4, 2019 | $102.54 | 2,168,500 |
| September 5, 2019 | $104.12 | 3,345,200 |
| September 6, 2019 | $102.59 | 2,894,700 |
| September 9, 2019 | $105.06 | 3,498,800 |
| September 10, 2019 | $110.40 | 5,925,600 |
| September 11, 2019 | $111.79 | 4,898,100 |
| September 12, 2019 | $111.50 | 4,075,200 |
| September 13, 2019 | $110.54 | 2,983,500 |
| September 16, 2019 | $110.98 | 2,202,700 |
| September 17, 2019 | $109.04 | 2,780,200 |
| September 18, 2019 | $108.40 | 2,910,900 |
| September 19, 2019 | $107.77 | 1,946,000 |
| September 20, 2019 | $105.16 | 3,486,600 |
| September 23, 2019 | $102.37 | 3,496,800 |

| September 24, 2019 | $97.61 | 6,981,400 |
| September 25, 2019 | $102.80 | 4,040,800 |
| September 26, 2019 | $105.07 | 5,730,100 |
| September 27, 2019 | $101.21 | 5,661,900 |
| September 30, 2019 | $102.76 | 2,135,700 |
| October 1, 2019 | $102.00 | 1,778,100 |
| October 2, 2019 | $102.62 | 2,568,100 |
| October 3, 2019 | $104.32 | 2,216,700 |
| October 4, 2019 | $104.47 | 1,672,300 |
| October 7, 2019 | $101.47 | 3,374,900 |
| October 8, 2019 | $99.53 | 4,420,000 |
| October 9, 2019 | $99.90 | 3,378,900 |
| October 10, 2019 | $103.85 | 3,519,800 |
| October 11, 2019 | $104.66 | 3,868,300 |
| October 14, 2019 | $105.46 | 2,333,500 |
| October 15, 2019 | $107.20 | 2,445,300 |
| October 16, 2019 | $108.28 | 3,151,300 |
| October 17, 2019 | $107.65 | 2,059,100 |
| October 18, 2019 | $103.74 | 2,736,000 |
| October 21, 2019 | $104.36 | 1,940,500 |
| October 22, 2019 | $103.63 | 1,674,300 |
| October 23, 2019 | $104.15 | 1,406,000 |
| October 24, 2019 | $103.69 | 2,669,900 |
| October 25, 2019 | $103.87 | 2,703,400 |
| October 28, 2019 | $104.86 | 3,456,300 |
| October 29, 2019 | $102.90 | 3,586,200 |
| October 30, 2019 | $102.93 | 2,445,000 |
| October 31, 2019 | $101.85 | 3,551,300 |
| November 1, 2019 | $104.64 | 5,302,900 |
| November 4, 2019 | $109.62 | 7,579,800 |
| November 5, 2019 | $108.05 | 6,204,900 |
| November 6, 2019 | $107.36 | 4,259,400 |
| November 7, 2019 | $121.87 | 16,215,000 |
| November 8, 2019 | $124.56 | 10,231,200 |
| November 11, 2019 | $120.87 | 4,096,200 |
| November 12, 2019 | $121.80 | 3,550,700 |
| November 13, 2019 | $118.29 | 3,761,700 |
| November 14, 2019 | $118.20 | 4,780,600 |
| November 15, 2019 | $117.05 | 3,831,700 |
| November 18, 2019 | $116.52 | 2,482,600 |
| November 19, 2019 | $115.69 | 2,580,400 |
| November 20, 2019 | $114.80 | 3,127,100 |
| November 21, 2019 | $115.65 | 2,796,900 |
| November 22, 2019 | $117.99 | 3,008,400 |

| | | |
|---|---|---|
| November 25, 2019 | $120.32 | 3,190,200 |
| November 26, 2019 | $118.60 | 3,810,600 |
| November 27, 2019 | $119.51 | 2,336,500 |
| November 29, 2019 | $118.53 | 1,917,000 |
| December 2, 2019 | $117.44 | 2,201,800 |
| December 3, 2019 | $114.80 | 3,215,800 |
| December 4, 2019 | $114.21 | 1,826,500 |
| December 5, 2019 | $116.75 | 3,201,200 |
| December 6, 2019 | $115.85 | 2,849,000 |
| December 9, 2019 | $115.06 | 1,667,700 |
| December 10, 2019 | $114.78 | 1,998,900 |
| December 11, 2019 | $116.37 | 1,733,300 |
| December 12, 2019 | $120.54 | 4,281,700 |
| December 13, 2019 | $119.14 | 4,255,600 |
| December 16, 2019 | $123.19 | 3,979,000 |
| December 17, 2019 | $123.84 | 2,970,000 |
| December 18, 2019 | $126.69 | 4,509,000 |
| December 19, 2019 | $128.07 | 4,905,100 |
| December 20, 2019 | $127.49 | 5,101,500 |
| December 23, 2019 | $128.83 | 2,440,300 |
| December 24, 2019 | $128.49 | 889,400 |
| December 26, 2019 | $127.58 | 1,628,500 |
| December 27, 2019 | $126.45 | 2,167,100 |
| December 30, 2019 | $126.29 | 2,216,700 |
| December 31, 2019 | $126.40 | 1,863,900 |
| January 2, 2020 | $138.22 | 8,001,400 |
| January 3, 2020 | $133.80 | 5,184,800 |
| January 6, 2020 | $135.94 | 3,930,700 |
| January 7, 2020 | $136.70 | 4,535,800 |
| January 8, 2020 | $137.83 | 3,818,900 |
| January 9, 2020 | $140.86 | 6,278,800 |
| January 10, 2020 | $144.51 | 6,739,500 |
| January 13, 2020 | $142.26 | 6,549,300 |
| January 14, 2020 | $140.04 | 4,878,500 |
| January 15, 2020 | $139.40 | 3,710,400 |
| January 16, 2020 | $139.49 | 4,069,900 |
| January 17, 2020 | $139.61 | 4,232,600 |
| January 21, 2020 | $137.10 | 4,090,600 |
| January 22, 2020 | $134.80 | 4,444,000 |
| January 23, 2020 | $134.20 | 4,153,900 |
| January 24, 2020 | $130.00 | 4,309,800 |
| January 27, 2020 | $126.28 | 5,428,600 |
| January 28, 2020 | $126.93 | 2,778,500 |
| January 29, 2020 | $126.47 | 2,428,800 |

| | | |
|---|---|---|
| January 30, 2020 | $125.74 | 2,952,100 |
| January 31, 2020 | $123.56 | 4,880,900 |
| February 3, 2020 | $130.49 | 7,709,600 |
| February 4, 2020 | $131.37 | 3,873,200 |
| February 5, 2020 | $130.75 | 3,523,200 |
| February 6, 2020 | $133.16 | 3,208,200 |
| February 7, 2020 | $130.91 | 2,765,700 |
| February 10, 2020 | $131.05 | 3,326,700 |
| February 11, 2020 | $133.99 | 3,546,100 |
| February 12, 2020 | $137.49 | 3,636,600 |
| February 13, 2020 | $135.18 | 3,150,300 |
| February 14, 2020 | $134.57 | 1,697,400 |
| February 18, 2020 | $134.18 | 2,817,000 |
| February 19, 2020 | $135.81 | 2,118,400 |
| February 20, 2020 | $132.46 | 3,662,400 |
| February 21, 2020 | $129.80 | 3,095,900 |
| February 24, 2020 | $125.83 | 4,581,500 |
| February 25, 2020 | $124.43 | 5,139,300 |
| February 26, 2020 | $123.54 | 5,128,000 |
| February 27, 2020 | $119.91 | 6,693,400 |
| February 28, 2020 | $119.98 | 9,797,800 |
| March 2, 2020 | $120.77 | 6,238,800 |
| March 3, 2020 | $117.97 | 5,499,400 |
| March 4, 2020 | $121.41 | 4,214,100 |
| March 5, 2020 | $118.24 | 3,046,900 |
| March 6, 2020 | $113.74 | 4,853,000 |
| March 9, 2020 | $106.65 | 7,367,800 |
| March 10, 2020 | $111.91 | 5,051,200 |
| March 11, 2020 | $108.25 | 3,854,200 |
| March 12, 2020 | $99.00 | 9,414,500 |
| March 13, 2020 | $100.29 | 6,827,500 |
| March 16, 2020 | $89.68 | 6,482,100 |
| March 17, 2020 | $91.13 | 6,343,000 |
| March 18, 2020 | $83.62 | 9,479,800 |
| March 19, 2020 | $89.62 | 6,258,600 |
| March 20, 2020 | $88.66 | 5,689,900 |
| March 23, 2020 | $91.22 | 4,709,300 |
| March 24, 2020 | $96.43 | 5,640,100 |
| March 25, 2020 | $96.92 | 6,231,000 |
| March 26, 2020 | $101.82 | 5,109,500 |
| March 27, 2020 | $97.63 | 4,113,000 |
| March 30, 2020 | $98.95 | 3,828,100 |
| March 31, 2020 | $100.79 | 4,088,000 |
| April 1, 2020 | $97.68 | 3,805,000 |

| April 2, 2020 | $99.59 | 2,442,000 |
|---|---|---|
| April 3, 2020 | $97.20 | 2,239,700 |
| April 6, 2020 | $102.94 | 3,590,800 |
| April 7, 2020 | $101.79 | 6,968,600 |
| April 8, 2020 | $97.33 | 10,164,500 |
| April 9, 2020 | $99.00 | 5,422,300 |
| April 13, 2020 | $98.37 | 3,171,800 |
| April 14, 2020 | $100.92 | 3,564,500 |
| April 15, 2020 | $100.87 | 2,771,600 |
| April 16, 2020 | $102.82 | 4,406,400 |
| April 17, 2020 | $105.00 | 3,827,200 |
| April 20, 2020 | $104.68 | 3,484,300 |
| April 21, 2020 | $101.41 | 3,843,900 |
| April 22, 2020 | $101.75 | 3,427,200 |
| April 23, 2020 | $99.85 | 3,407,400 |
| April 24, 2020 | $100.95 | 2,584,000 |
| April 27, 2020 | $100.56 | 3,148,700 |
| April 28, 2020 | $97.13 | 4,534,500 |
| April 29, 2020 | $99.67 | 5,486,400 |
| April 30, 2020 | $100.93 | 5,795,900 |
| May 1, 2020 | $96.02 | 4,622,500 |
| May 4, 2020 | $94.76 | 3,387,800 |
| May 5, 2020 | $95.77 | 2,826,100 |
| May 6, 2020 | $97.08 | 2,900,300 |
| May 7, 2020 | $98.18 | 2,331,800 |
| May 8, 2020 | $99.77 | 3,222,300 |
| May 11, 2020 | $99.55 | 2,763,600 |
| May 12, 2020 | $97.47 | 3,438,800 |
| May 13, 2020 | $95.49 | 4,356,900 |
| May 14, 2020 | $96.02 | 3,704,900 |
| May 15, 2020 | $99.86 | 3,355,000 |
| May 18, 2020 | $107.59 | 10,040,100 |
| May 19, 2020 | $109.75 | 19,633,500 |
| May 20, 2020 | $108.52 | 15,446,200 |
| May 21, 2020 | $110.03 | 9,977,100 |
| May 22, 2020 | $103.32 | 8,231,900 |
| May 26, 2020 | $108.36 | 6,268,800 |
| May 27, 2020 | $108.22 | 4,086,500 |
| May 28, 2020 | $106.32 | 3,649,000 |
| May 29, 2020 | $106.55 | 6,854,000 |
| June 1, 2020 | $107.10 | 3,922,900 |
| June 2, 2020 | $107.23 | 4,434,500 |
| June 3, 2020 | $112.45 | 3,997,700 |
| June 4, 2020 | $109.06 | 3,945,700 |

24

| | | |
|---|---|---|
| June 5, 2020 | $114.40 | 4,270,200 |
| June 8, 2020 | $117.03 | 4,545,200 |
| June 9, 2020 | $115.83 | 2,684,200 |
| June 10, 2020 | $116.81 | 3,179,200 |
| June 11, 2020 | $111.83 | 4,004,800 |
| June 12, 2020 | $116.27 | 4,428,600 |
| June 15, 2020 | $116.82 | 3,149,100 |
| June 16, 2020 | $122.78 | 9,965,200 |
| June 17, 2020 | $122.03 | 3,758,400 |
| June 18, 2020 | $123.46 | 2,409,600 |
| June 19, 2020 | $123.08 | 3,805,300 |
| June 22, 2020 | $123.08 | 2,816,400 |
| June 23, 2020 | $123.33 | 2,504,300 |
| June 24, 2020 | $121.37 | 3,335,800 |
| June 25, 2020 | $123.73 | 2,194,300 |
| June 26, 2020 | $121.80 | 2,598,200 |
| June 29, 2020 | $121.29 | 2,045,700 |
| June 30, 2020 | $119.89 | 2,263,100 |
| July 1, 2020 | $120.63 | 2,116,400 |
| July 2, 2020 | $123.30 | 3,011,900 |
| July 6, 2020 | $132.93 | 5,763,600 |
| July 7, 2020 | $127.83 | 2,804,600 |
| July 8, 2020 | $130.64 | 2,931,300 |
| July 9, 2020 | $132.53 | 4,189,300 |
| July 10, 2020 | $132.33 | 2,065,900 |
| July 13, 2020 | $127.84 | 4,685,400 |
| July 14, 2020 | $125.49 | 3,901,900 |
| July 15, 2020 | $125.05 | 2,137,300 |
| July 16, 2020 | $123.43 | 2,432,500 |
| July 17, 2020 | $122.77 | 1,883,200 |
| July 20, 2020 | $124.35 | 2,775,200 |
| July 21, 2020 | $125.22 | 3,825,300 |
| July 22, 2020 | $122.75 | 2,923,100 |
| July 23, 2020 | $121.10 | 2,740,900 |
| July 24, 2020 | $119.02 | 2,687,800 |
| July 27, 2020 | $115.86 | 2,915,700 |
| July 28, 2020 | $115.69 | 3,345,400 |
| July 29, 2020 | $119.82 | 3,759,100 |
| July 30, 2020 | $118.00 | 3,137,000 |
| July 31, 2020 | $119.40 | 2,752,900 |
| August 3, 2020 | $120.55 | 1,946,100 |
| August 4, 2020 | $126.67 | 3,846,900 |
| August 5, 2020 | $125.85 | 1,758,500 |
| August 6, 2020 | $125.58 | 1,718,300 |

| August 7, 2020 | $125.00 | 3,163,300 |
|---|---|---|
| August 10, 2020 | $125.06 | 3,606,500 |
| August 11, 2020 | $124.60 | 2,196,100 |
| August 12, 2020 | $126.11 | 2,389,600 |
| August 13, 2020 | $124.57 | 5,130,300 |
| August 14, 2020 | $116.74 | 11,662,400 |
| August 17, 2020 | $123.92 | 6,475,200 |
| August 18, 2020 | $124.20 | 3,672,700 |
| August 19, 2020 | $122.71 | 2,688,900 |
| August 20, 2020 | $123.48 | 2,383,200 |
| August 21, 2020 | $122.45 | 2,728,400 |
| August 24, 2020 | $122.88 | 2,384,600 |
| August 25, 2020 | $125.70 | 4,303,000 |
| August 26, 2020 | $127.47 | 5,613,200 |
| August 27, 2020 | $127.25 | 2,672,300 |
| August 28, 2020 | $129.00 | 1,862,900 |
| August 31, 2020 | $124.57 | 4,094,800 |