# EXHIBIT 4

Case 1:20-cv-03794-DG-TAM    Document 68-4    Filed 03/03/23    Page 1 of 5 PageID #: 6583

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

IQ.OQ - Q4 2018 IQIYI Inc Earnings Call

EVENT DATE/TIME: FEBRUARY 22, 2019 / 12:01AM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Dahlia Wei** *iQIYI, Inc. - Director of IR*

**Tim Gong Yu** *iQIYI, Inc. - Founder, CEO & Director*

**Xiaodong Wang** *iQIYI, Inc. - CFO*

## CONFERENCE CALL PARTICIPANTS

**Alicia Yap** *Citigroup Inc, Research Division - MD and Head of Pan-Asia Internet Research*

**Diying Ji** *China Renaissance Securities (US) Inc., Research Division - Head of TMT Research*

**Eddie Leung** *BofA Merrill Lynch, Research Division - MD in Equity Research and Analyst*

**Karen Chan** *Jefferies LLC, Research Division - Equity Analyst*

**Thomas Chong** *Crédit Suisse AG, Research Division - Regional Head of Internet*

**Tianxiao Hou** *T.H. Capital, LLC - Founder, CEO & Senior Analyst*

**Wai Yan Wong** *HSBC, Research Division - Head of Internet Research of Asia Pacific & Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the iQIYI Fourth Quarter and Fiscal Year 2018 Earnings Conference Call. (Operator Instructions) I must advise you that this conference is being recorded today, 22nd of February 2019.

I would now like to hand the conference over to Dahlia Wei, Director of Investor Relations. Thank you. Please go ahead.

---

**Dahlia Wei** *- iQIYI, Inc. - Director of IR*

Thank you, operator. Hello, everyone, and thank you all for joining iQIYI's Q4 and full year 2018 earnings conference call. The company's results were released earlier today and are available on the company's Investor Relations website at ir.iqiyi.com.

On the call today are Dr. Yu Gong, our Founder, Director and CEO; and Mr. Xiaodong Wang, our CFO. Dr. Gong will give a brief overview of the company's business operations and highlights; followed by Xiaodong, who will go through the financials and guidance. After their prepared remarks, we will hold a Q&A session.

Before we proceed, please note that the discussion today will contain forward-looking statements made under the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements are subject to risks and uncertainties and may cause actual results to differ materially from our current expectations. Potential risks and uncertainties include, but are not limited to, those outlined in our public filings with the SEC. iQIYI does not undertake any obligation to update any forward-looking statements except as required under applicable law.

With that, I will now turn the call over to Dr. Gong. Please go ahead.

---

**Tim Gong Yu** *- iQIYI, Inc. - Founder, CEO & Director*

Hello, everyone, and thank you for joining us for our fourth quarter and full year 2018 earnings call.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 22, 2019 / 12:01AM, IQ.OQ - Q4 2018 IQIYI Inc Earnings Call

We delivered another quarter of solid growth. Total revenues reached RMB 7 billion, up 54% year-over-year. We ended the year with total revenues of RMB 25 billion, up 52% year-over-year. Throughout the year, we continued to generate growth across various key operational metrics, including subscribers, engagement levels and the time spent. The number of total subscribers reached 87.4 million as at the end of 2018, representing a 72% year-over-year growth.

Our membership business continued to be the main engine of our growth, with revenues increasing 76% year-over-year to RMB 3.2 billion during the fourth quarter. This again was driven by growth of the number of subscribers, which recorded a net addition of 6.7 million sequentially and 36.6 million year-over-year.

The significant growth was primarily a reflection of our premium content, which is clearly driving subscribers' conversion and stickiness. Our self-produced drama series, including Tang Dynasty Tour, The City of Chaos and Original Sin, performed well in the fourth quarter. In addition, movie content also played an important role in driving subscriber growth. We released a number of popular theatrical movies on our platform shortly after they hit the box office over the summer and the national holiday in October. These movies included, Hello, Mr. Billionaire, Dying to Survive and Project Gutenberg, among others.

Our joint membership program with JD.com continued to make good progress during the quarter. It helped contribute a steady inflow of annual subscribers. We also deepened our partnership with China Mobile. We launched our combined membership plus mobile video data package with its video streaming app, MIGU. Recently, we also extended our joint membership program with Ctrip, where iQIYI Diamond VIP and QIYIGUO annual members can enjoy certain priority travel services from Ctrip. And the Ctrip Prime members can activate an 8-month VIP membership from iQIYI.

In addition, we continued to broaden our cooperation with various commercial banks, financial institutions and other service providers to further enhance VIP benefits. Access to our premium content and special privileges continue to incentivize our free users to convert into subscribers.

I will now turn to our advertising business. For the fourth quarter, advertising revenue grew 9% year-over-year to RMB 2.2 billion. We further enhanced our ability to provide innovative advertising solutions. For example, we began offering vertical and interactive ads for our first portrait mode short-form drama series, Ugh! Life! For full year 2018, advertising revenue grew 21% year-over-year to RMB 9.3 billion. More advertisers are becoming interested in our original content.

Our other business also continued to grow. Other revenues grew significantly by 129% year-over-year, and accounted for 16% of total revenue during the first quarter. The growth was broad-based and, in particular, was driven by gaming, IP licensing and our talent agency business.

On the content side, we continue to focus on producing high-quality content, especially original, premium and innovative content.

For dramas, we launched a number of original titles during the fourth quarter, including Tang Dynasty Tour, The City of Chaos and The Original Sin as well as a few licensed drama series such as The Story of Minglan and the Like A Flowing River. As I mentioned earlier, we also released our first portrait mode short-form comedy series, Ugh! Life! Each of these dramas has received great reviews and have become quite popular.

For variety shows, the fifth season of Qipa Talk continued to gain traction following a strong return with new contestants and upgraded formats. During the fourth quarter, we also released a series of young-oriented shows that target younger generation of audiences. The Chinese Youth, a music show that incorporates traditional Chinese cultural elements broke a new ground; I, Actor, a show about training young acting talent also became very popular and helped to beef up the supply of potential actors and actresses in our original content.

Movies remain a critical component of our content ecosystem and have been driving subscriber growth and retention. Our curated movie procurement strategy has allowed an increasing number of movies to become available on our platform shortly after their theatrical release. At the same time, we are working with hundreds of content providers who develop high-quality Internet movies for our platform under our revenue-sharing model.

In terms of content development, I'm pleased with the progress we made in 2018. Our overall content library is expanding rapidly in breadth and depth. We continue to enhance our production capabilities for original content and streamline our IP value chain. Our original iconic drama, The

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**FEBRUARY 22, 2019 / 12:01AM, IQ.OQ - Q4 2018 IQIYI Inc Earnings Call**

Story of Yanxi Palace, recently entered the spotlight again as it ranked the most Googled drama series globally in 2018. Thanks to the popular digital novel of same name, our iQIYI Reading app ranked among the Top 10 mobile apps with the fastest-growing user base in 2018 according to QuestMobile. We are also leveraging successful IP from our video content to develop mobile games and other forms of entertainment. In addition, we continue to nurture our ecosystem, and as a result, we're able to empower an expanding group of PGC partners to grow with us. The amount of content contributed by iQIYI Partner Accounts increased significantly from a year ago, and PGC content now accounts for over half of our total traffic in terms of video views.

Entering 2019, we kicked off the year with several successful original titles, including our original drama series, Beauty Haolan, and the self-produced variety shows, Idol Producer 2. For the rest of the year, we have a strong portfolio of content lined up, including original drama series, The Golden Eyes, Sword Dynasty, Season 2 of Tientsin Mystic, The Thunder, Zhaoge and then the Legend of White Snake, among others. We also have new seasons of various self-produced variety shows such as The Rap of China, set for release.

Last but not least, I'd like to briefly talk about our technology development. As a technology-based entertainment company, we apply innovative AI technology to every part of our organization to drive business growth. We continued to enhance our network infrastructure, app matrix, social community as well as content distribution and the monetization efficiency. We also made numerous efforts to incubate new products and services to better serve our users and partners.

In late November, we again partnered with Baidu as well as Sichuan Cable TV to jointly launch the Shu Little Fruit Set Top Box. This was the second AI-based TV box after Gehua Little Fruit, our ground-breaking MVPD plus VOD partnership with Beijing Gehua CATV Network earlier the last year. Both set-top boxes incorporate iQIYI's HomeAI solution that brings users a smarter home entertainment experience such as voice control and facial recognition.

Another exciting area for us is our Cutting-edge ZoomAI technology, which integrates a holistic set of solutions to enhance image and video quality with AI technologies. It also increases the frame rate of videos from 25fps per second to 50fps through intelligent frames interpolation, which is invaluable for scenes with rapid movements such as sports content. ZoomAI's unique image in painting algorithm can also be deployed to restore some classic TV drama content that were produced decades ago. It only takes ZoomAI 6 to 8 hours to fix a 2-hour long video, which would otherwise have taken approximately 10 people 20 working days to finish. iQIYI's ZoomAI was recently awarded the Excellent Technical Award at the ChinaMM 2018.

In conclusion, 2018 was a fruitful year for us as we reached many milestones. Our IPO early last year introduced us as a public company and elevated our brand and platform; our comprehensive portfolio of content continues to excel. Our subscriber numbers constantly hit new highs; and our revenues continued to scale and diversify.

2018 was also a transition year for us. As we shifted more resources towards producing original content, we believe it will help us build a stronger platform and IP powerhouse over the long term. Looking out in 2019, we are more confident than ever in our business prospects.

And with that, I will now pass the call to Xiaodong to go over our financials.

---

**Xiaodong Wang** *- iQIYI, Inc. - CFO*

Good morning, everyone. Let me go through our financial highlights. Starting on January 1, 2018, iQIYI adopted ASC 606, a new revenue accounting standard that nets VAT from the revenue and cost of revenue line items. To increase comparability with 2018 numbers, 2017 numbers for today's discussion have been adjusted net of VAT.

For the fourth quarter of 2018, iQIYI's total revenues was RMB 7 billion, up 55% year-over-year. Total revenues in 2018 reached RMB 25 billion, up 52% year-over-year. The increase was primarily driven by strong growth of our membership service, thanks to our premium content, especially, our original content titles as well as our various operational initiatives.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

